**THOMPSON LAW OFFICE LLC**
**Colin M. Thompson, Esq.**
Thompson Law Office, LLC
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LARAMIE FEALTY LLC, Trustee of GET REALTY TRUST,<br><br>PLAINTIFFS,<br><br>V.<br><br>UNITED MICRONESIA DEVELOPMENT ASSOCIATION, INC., and Does I through XX<br><br>**DEFENDANTS** | CIVIL ACTION NO. 08-0028<br><br>**PROOF OF SERVICE** |

Attached hereto as Exhibit "A", is a true and correct copy of the Proof of Service showing that on the 12th of June, 2008, at 2:57 p.m., Winnie Lee of United Micronesia Development Association Inc., was personally served by Aleth Kae Atalig, a true and correct copy of the Summons in a Civil Action and the Complaint in the above captioned matter.

Date: June 23, 2008

THOMPSON LAW OFFICE LLC

By: _____/s/_____
**Colin M. Thompson, F0221**
*Attorney for Plaintiffs*

1

**Proof of Service**

I declare under the penalty of perjury that I served the summons and complaint in this case on June 12, 2008 by delivering a copy of each to an agent authorized by appointment or by law to receive whose name is Winnie Lee, Registered Agent for United Micronesia Development Association Inc., whose address is Suite 206, bank of Hawaii Bldg. Marina Heights Business Park, Puerto Rico P.O. Box 5235 CHRB, Saipan MP 96950.

Date: June 12, 2008

_____
**Aleth Kae Atalig**
Server