**ROBERT J. O'CONNOR, ESQ.**
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683
Attorneys For Defendant United Micronesia Development Association, Inc.

**DANIEL M. BENJAMIN, ESQ.**
Calvo & Clark, LLP
1st Floor, Macaranas Building
PMB 951 Box 10001
Saipan, MP 96950
Telephone No. (670) 233-2045
Facsimile No. (670) 233-2776
Attorneys For Defendant United Micronesia Development Association, Inc.

# IN THE DISTRICT COURT
## OF THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **LARAMIE FEALTY, LLC, Trustee of GET REALTY TRUST,** ) | **CIVIL ACTION NO. 08-0028** |
| ) | |
| ) | **ENTRY OF APPEARANCE** |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **UNITED MICRONESIA DEVELOPMENT ASSOCIATION, INC., AND DOES I-XX,** ) | |
| ) | |
| **Defendants.** ) | |

**COME NOW**, the law firms of O'Connor Berman Dotts & Banes, and Calvo & Clark, LLP, and they hereby notify the Court that they enter their appearance in the above-entitled matter on behalf of the Defendant, UNITED MICRONESIA DEVELOPMENT ASSOCIATION, INC.

Dated this 30th day of June, 2008.

                                      Respectfully submitted,

                                      **O'Connor Berman Dotts & Banes**
                                      Attorneys for Defendant UMDA

                                      By: _____/s_____
                                                    Robert J. O'Connor

                                      **Calvo & Clark, LLP**
                                      Attorneys for Defendant UMDA

                                      By:_____/s_____
                                                   Daniel M. Benjamin

2401-01-080627-DistrictCourtCase-PL-AppearanceEntry.doc