ROBERT J. O'CONNOR, ESQ.
DAVID G. BANES, ESQ.
O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683
*Attorneys For Defendant United Micronesia Development Association, Inc.*

DANIEL BENJAMIN, ESQ.
CALVO & CLARK, LLP
1st Floor, Macaranas Building
PMB 951 Box 10001
Saipan, MP 96950
Telephone No. (670) 233-2045
Facsimile No. (670) 233-2776
*Attorneys For Defendant United Micronesia Development Association, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LARAMIE FEALTY, LLC, Trustee of GET REALTY TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED MICRONESIA DEVELOPMENT ASSOCIATION, INC., AND DOES I-XX,<br><br>Defendants. | CIVIL ACTION NO. 08-0028<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing Date: July 31, 2008<br>Time:  10:00 a.m. |

Pursuant to Federal Rules of Evidence 201, Defendant United Micronesia Development Association ("UMDA") respectfully requests the Court to take judicial notice of the following documents filed in *UMDA, et al. v. Pfaff et. al.*, Civil Case No. 07-0152, Superior Court of the Commonwealth of the Northern Mariana Islands; *Point Du Hoc Irrevocable Trust v. Commission of Internal Revenue*, Docket No. 6041-05, United States Tax Court, Washington, D.C. 20217; and the Supreme Court of the Northern Mariana Island matter *In Re Pro Hac Vice Admission of John Pierce*, 2007-ADM-0030-PHV:

1.   Attached hereto as **EXHIBIT 1** is a true and correct copy of the caption page of the Complaint E-filed on April 26, 2007 in the Superior Court of the Northern Marianas Island, Civil Action No. 07-0152 ("Superior Court action").

2.   Attached hereto as **EXHIBIT 2** is a true and correct copy of the First Amended Complaint and Demand for Jury Trial without exhibits E-filed on May 15, 2007 in the Superior Court action.

3.   Attached hereto as **EXHIBIT 3** is a true and correct copy of the "Executive Summary of Defendant Tom Sorenson the Individual's Motion to Dismiss" E-filed on March 10, 2008 in the Superior Court action.

4.   Attached hereto as **EXHIBIT 4** is a true and correct copy of the Temporary Restraining Order issued on May 23, 2007 in the Superior Court action.

5.   Attached hereto as **EXHIBIT 5** is a true and correct copy of the Order Granting Preliminary Injunction and Denying Summary Judgment issued on November 13, 2007 in the Superior Court action.

6.   Attached hereto as **EXHIBIT 6** is a true and correct copy of the Notice of Appeal (without attachment) filed by GET Realty Trust and Thomas Sorenson in his capacity as Trustee dated December 13. 2007 in the Superior Court action.

7.   Attached hereto as **EXHIBIT 7** is a true and correct copy of the Order Following

1  February 19, 2008 Hearing issued on April 4, 2008 in the Superior Court action.

2      8.    Attached hereto as **EXHIBIT 8** is a true and correct copy of the Notice of Motion and Motion to Reconsideration the Court's April 4, 2008 Order Dismissing Thomas C. Sorenson (in his individual capacity), GET Realty Trust and KCT Irrevocable Trust E-Filed on April 28, 2008 in the Superior Court action.

    9.    Attached hereto as **EXHIBIT 9** is a true and correct copy of Laramie Fealty LLC's "Counterclaims" E-filed on April 8, 2008 in the Superior Court action.

    10.    Attached hereto as **EXHIBIT 10** is a true and correct copy of Laramie Fealty LLC's "Third Party Complaint" E-filed April 8, 2008 in the Superior Court action.

    11.    Attached hereto as **EXHIBIT 11** is a true and correct copy of the Discovery Order After April 15, 2008 Emergency Hearing issued on April 18, 2008 in the Superior Court action.

    12.    Attached hereto as **EXHIBIT 12** is a true and correct copy of the Order issued on May 12, 2008 in the Superior Court action.

    13.    Attached hereto as **EXHIBIT 13** is a true and correct copy of the Order from the *Point Du Hoc Irrevocable Trust v. Commission of Internal Revenue*, Docket No. 6041-05, United States Tax Court, Washington, D.C. 20217.

    14.    Attached hereto as **EXHIBIT 14** is a true and correct copy of the Defendant's Memorandum in Opposition to Plaintiffs' Motion to Reconsider the Court's April 4, 2008 Order Dismissing Thomas C. Sorenson (In His Individual Capacity), GET Realty Trust and LCT Irrevocable Trust E-Filed on May 12, 2008 in the Superior Court action.

    15.    Attached hereto as **EXHIBIT 15** is a true and correct copy of the Order Setting Schedule and Suspending *Pro Hac Vice* Admission dated June 23, 2008 in the Supreme Court matter *In Re Pro Hac Vice Admission of John Pierce*.

    16.    Attached hereto as **EXHIBIT 16** are true and correct copies of the Notice of

Motion and Motion to Strike and Objection to Stipulation and Proposed Order, and Motion for an Accounting of Funds and Defendant Trustee for the GET Realty Trust's Memorandum in Support of Motion to Strike and Objection to Stipulation and Proposed Order, and Motion for an Accounting of Funds E-Filed April 8, 2008 in the Superior Court action.

17. Attached hereto as **EXHIBIT 17** is a true and correct copy of the Stipulation and Order Regarding May 27, 2008 Hearing E-Filed on May 27, 2008 in the Superior Court action.

18. Attached hereto as **EXHIBIT 18** is a true and correct copy of the Notice of Motion and Motion to Reconsider the Court's Order of January 29, 2008 Releasing Funds from Impounded Account and Memorandum in Support of Motion to Reconsider the Court's Order of January 29, 2008 Releasing Funds from Impounded Account E-Filed on February 12, 2008 in the Superior Court action.

19. Attached hereto as **EXHIBIT 19** is a true and correct copy of the Defendant Trustee's for the GET Realty Trust's Reply in Support of Motion for Reconsideration E-Filed on April 21, 2007 in the Superior Court action.

20. Attached hereto as **EXHIBIT 20** is a true and correct copy of the Notice of Motion and Motion by Defendant Trustee for the GET Realty Trust and KCT Irrevocable Trust's Motion for Protective Order and Memorandum in Support of Defendant Trustee for the GET Realty Trust and KCT Irrevocable Trust's Motion for Protective Order without exhibits E-Filed on May 6, 2008 in the Superior Court action.

21. Attached hereto as **EXHIBIT 21** is a true and correct copy of the Joinder in Rothschild Trust Limited, Trustee for Concord Trust and Davina Limited's Opposition to Plaintiffs' Motion for Reconsideration of April 23, 2008 Order following April 8, 2008 Hearing and Cross-Motion for Preliminary Injunction to Enjoin Transfer of LaoLao LLC Membership E-Filed on May 12, 2008 in the Superior Court action.

22.   Attached hereto as **EXHIBIT 22** is a true and correct copy of the Notice of Motion and Defendant Trustee's Motion for Protective Order and Memorandum in Support of Motion for Protective Order E-Filed on May 30, 2008 in the Superior Court action.

23.   Attached hereto as **EXHIBIT 23** is a true and correct copy of the Declaration of Governor Benigno F. Fitial E-Filed on July 25, 2007 in the Superior Court action.

24.   Attached hereto as **EXHIBIT 24** is a true and correct copy of Robert Pfaff's Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion to (1) Compel Documents Relating to Pfaff Entities, (2) To Compel Answers to Deposition Questions, and (3) To Prohibit Pfaff from Obtaining Discovery from Plaintiff E-Filed on June 17, 2008 in the Superior Court action.

Respectfully submitted this 2nd day of July, 2008.

**O'Connor Berman Dotts & Banes**
**Calvo & Clark, LLP**
Attorneys for Defendant
*United Micronesia Development Association, Inc.*


By:    /s/
       DAVID G. BANES

4