UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

JUL -3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

LARAMIE FEALTY LLC,

Plaintiff,

vs.

UNITED MICRONESIAN
DEVELOPMENT ASSOCIATION, INC.,
and DOES I-XX,

Defendants.

Civil Action No. 08-0028

Order Rescheduling Motion Date

Colin M. Thompson
Attorney at Law
PMB 917, Box 1001
Saipan, MP 96950

David G. Banes
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

The Motions to Dismiss or in the Alternative To Stay and Request for Judicial Notice scheduled for Thursday, July 31, 2008, are rescheduled to Thursday, August 28, 2008, at 8:00 a.m.

IT IS SO ORDERED.

DATED this 3rd day of July, 2008.

*[signature]*

Judge Alex R. Munson

AO 72
(Rev. 08/82)