THOMPSON LAW OFFICE LLC
Colin M. Thompson, Esq.
Thompson Law Office, LLC
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile:  (670) 233-0776

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LARAMIE FEALTY LLC, Trustee of GET REALTY TRUST,<br><br>PLAINTIFFS,<br><br>V.<br><br>UNITED MICRONESIA DEVELOPMENT ASSOCIATION, INC., and Does I through XX<br><br>DEFENDANTS | CIVIL ACTION NO. 08-0028<br><br>STIPULATION TO ENLARGE TIME FOR BRIEFING UMDA's MOTION TO DISMISS<br><br>Date: August 28, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

COMES NOW, Colin M. Thompson on behalf of the Plaintiff, Laramie Fealty LLC, Trustee of GET Realty Trust and David G. Banes on behalf of the Defendant, United Micronesia Development Association ("UMDA"), Inc. to stipulate to Enlarge time for briefing the pending motion to dismiss filed on July 2, 2008 by UMDA and set for hearing on August 28, 2008.  The proposed schedule for filing briefs is as follows:

1

1. Plaintiff's Opposition to Defendant's Motion to Dismiss.

Plaintiffs' Opposition to Defendant's Motion to Dismiss, originally due on July 17, 2008, will be filed **on or before July 31, 2008**.

2. Defendant's Reply to Plaintiff's Opposition to Motion to Dismiss.

Defendant's Reply to Plaintiffs' Opposition to Motion to Dismiss, originally due on July 24, 2008, will be filed **on August 21, 2008.**

The hearing shall remain set for August 28, 2008 at 9:00 a.m.

Respectfully submitted by:

Date:   July 11, 2008                                /s/
                                        **COLIN M. THOMPSON, ESQ.**
                                        Attorney for Plaintiff


Date:   July 11, 2008                                /s/
                                        **DAVID G. BANES, ESQ.**
                                        Attorney for Defendant