# EXHIBIT A

Case 1:08-cv-00028    Document 10-2    Filed 08/21/2008    Page 1 of 3

UMDA, INC. and UMDA LAOLAO, LLC
vs.
GET REALTY TRUST, ET AL.
Civil Action No. 07-0152

**PENDING MOTIONS**

| # | Date Motion Filed | Party/Description |
|---|---|---|
| 1. | 02/12/08 | Defendant GET Realty Trust Motion to Reconsider the Court's Order of January 29, 2008 Releasing Funds From Impounded Account |
| 2. | 04/08/08 | Defendant GET Realty Trust's Motion to Strike and Objection to Stipulation and Proposed Order and Motion for an Accounting of Funds |
| 3. | 04/25/08 | Plaintiffs' Application for Default Judgment by Court |
| 4. | 04/27/08 | Plaintiffs' Motion for Reconsideration of the Court's April 23, 2008 Order following April 8, 2008 Hearing<br><br>(*and Motion to Shorten Time for Hearing re same*) |
| 5. | 04/28/08 | Plaintiffs' Motion to Reconsider the Court's April 4, 2008 Order Dismissing Thomas C. Sorenson (In His Individual Capacity), GET Realty Trust and K.C.T. Irrevocable Trust<br><br>(*and Motion to Shorten Time for Hearing re same*) |
| 6. | 05/02/08 | Defendant Trustee for GET Realty Trust and KCT Irrevocable Trusts' Motion for Reconsideration of Court's Discovery Order |
| 7. | 05/05/08 | Plaintiffs' Cross-Motion to Compel Testimony by Thomas Sorenson and for Production of Documents by GET Realty Trust and KCT Irrevocable Trust<br><br>(*and Motion to Shorten Time for Hearing re same*) |
| 8. | 05/06/08 | Defendants GET Realty Trust and KCT Irrevocable Trust Motion for Protective Order |
| 9. | 05/09/08 | Defendants Rothschild Trust (Guernsey) Limited and Davina Limited Cross-Motion for Preliminary Injunction to Enjoin Transfer of LaoLao LCC Membership |
| 10 | 05/23/08 | Plaintiffs' Motion to Compel Pfaff and Prohibit Him from Obtaining Discovery from Plaintiffs |

| # | Date Motion Filed | Party/Description |
|---|---|---|
| 11 | 05/30/08 | Plaintiffs' Motion to Compel Discovery from GET Realty Trust, KCT Irrevocable Trust, Thomas C. Sorenson, Rothschild Trust Guernsey Ltd. & Davina Ltd. |
| 12 | 06/21/08 | Plaintiff UMDA's Motion to Shorten Time on the Hearing of Pending Motions to Compel, or in the Alternative for Protective Order |
| 13 | 06/25/08 | Defendant Pfaff's Motion for an Order of Dismissal or Lesser Sanction Under Com.R.Civ.P. 41 (B); Memorandum of Points and Authorities in Support |
| 14 | 06/25/08 | Defendant Pfaff's Motion to Compel Responses to Documents Request Pursuant to Com.R.Civ. P.37<br><br>(*and 06/28/08 Motion to Shorten Time for Hearing re same*) |
| 15 | 06/28/08 | Defendant WS Investment Trust's Motion for Relief from Entry of Default |
| 16 | 06/28/08 | Defendant GET's Motion for Order Sealing Confidential Documents Pending Resolution of Motions for Protective Order |