ROBERT J. O'CONNOR, ESQ.,
O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683
*Attorneys For Defendant United Micronesia Development Association, Inc.*

DANIEL BENJAMIN, ESQ.,
CALVO & CLARK, LLP
1st Floor, Macaranas Building
PMB 951 Box 10001
Saipan, MP 96950
Telephone No. (670) 233-2045
Facsimile No. (670) 233-2776
*Attorneys For Defendant United Micronesia Development Association, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LARAMIE FEALTY, LLC, Trustee of GET REALTY TRUST,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>UNITED MICRONESIA DEVELOPMENT ASSOCIATION, INC., AND DOES I-XX,<br><br>　　　　　　　Defendants. | CIVIL ACTION NO. 08-0028<br><br>**DEFENDANT'S SECOND REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing Date: August 28, 2008<br>Time: 8:00 a.m. |

Pursuant to Federal Rules of Evidence 201, Defendant United Micronesia Development Association ("UMDA") respectfully requests the Court to take judicial notice of the following documents filed in the *UMDA, et al. v. Pfaff et. al.*, Civil Case No. 07-0152, Superior Court of the Commonwealth of the Northern Mariana Islands; United States District Court, Southern District of New York, in *USA v Pfaff*, Case No. 08 CR 239 RMB-1; and the Supreme Court of the Northern Mariana Islands matter *In Re Pro Hac Vice Admission of John Pierce*, 2007-ADM-0030-PHV:

1. Attached hereto as **EXHIBIT 1** is a LexisNexis print-out of the current Docket Sheet from the Superior Court of the Northern Marianas Island, *UMDA, et al. v. Pfaff et. al.*, Civil Action No. 07-0152.

2. Attached hereto as **EXHIBIT 2** is a true and correct copy of the Indictment (against Robert Pfaff) filed March 18, 2008 in the *USA v. Pfaff* criminal case.

3. Attached hereto as **EXHIBIT 3** is a true and correct copy of the Order Revoking Pro Hac Vice Admission dated July 21, 2008 in the Supreme Court matter *In Re Pro Hac Vice Admission of John Pierce*.

Respectfully submitted this 21st day of August, 2008.

**O'Connor Berman Dotts & Banes**
**Calvo & Clark, LLP**
Counsel for Defendant
*United Micronesia Development Association, Inc.*

By: _____/s/_____
ROBERT J. O'CONNOR

1