# EXHIBIT 1B

| | | | | | | Michael S. Johnson | |
|---|---|---|---|---|---|---|---|
| | | | | | Exhibit | Exhibit Q to Affidavit Of Michael S. Johnson | 1.2MB |
| | | | | | Exhibit | Exhibit R to Affidavit Of Michael S. Johnson | 1.1MB |
| | | | | | Exhibit | Exhibit S to Affidavit Of Michael S. Johnson | 1.1MB |
| | | | | | Exhibit | Exhibit T to Affidavit Of Michael S. Johnson | 1.1MB |
| | | | | | Exhibit | Exhibit U to Affidavit Of Michael S. Johnson | 1.3MB |
| | | | | | Exhibit | Exhibit V to Affidavit Of Michael S. Johnson | 1.3MB |
| | | | | | Exhibit | Exhibit W to Affidavit Of Michael S. Johnson | 4.7MB |
| | | | | | Exhibit | Exhibit X to Affidavit Of Michael S. Johnson | 0.1MB |
| 16327460 | 9/17/2007 9:40 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Reply | Reply in Support of Defendant Pfaff's Motion to Strike | 0.2MB |
| 16327462 | 9/17/2007 9:46 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Reply | Reply in Support of Defendant Pfaff's Motion to Strike | 0.2MB |
| 16373622 | 9/20/2007 12:31 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Reply | Reply to Opposition to Defendant Thomas C. Sorenson 's Motion to Dismiss as an Individual | 0.3MB |
| 16427884 | 9/25/2007 4:21 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Michael W Dotts, O'Connor Berman Dotts & Banes-Saipan | Declaration | Declaration of Michael W. Dotts In Opposition to Motions By &quot;Specially Appearing&quot; Defendants Davina Ltd., Rothschild Trust Guernsey, and Concorde Trust | 0.1MB |
| | | | | | Exhibit | Exhibit 1 to Declaration of Michael W. Dotts | 0.6MB |
| | | | | | Exhibit | Exhibit 2 to Declaration of Michael W. Dotts | 0.3MB |
| | | | | | Exhibit | Exhibit 3 to Declaration of Michael W. Dotts | 0.1MB |
| | | | | | Exhibit | Exhibit 4 to Declaration of Michael W. Dotts | 0.1MB |
| | | | | | Exhibit | Exhibit 5 to Declaration of Michael W. Dotts | 0.1MB |
| | | | | | Exhibit | Exhibit 6 to Declaration of Michael W. Dotts | 0.1MB |
| | | | | | Exhibit | Exhibit 7 to Declaration of Michael W. Dotts | 0.1MB |
| | | | | | Exhibit | Exhibit 8 to Declaration of Michael W. Dotts | 0.1MB |
| | | | | | Exhibit | Exhibit 9 to Declaration of Michael W. Dotts | 0.2MB |
| | | | | | Exhibit | Exhibit 10 to Declaration of Michael W. Dotts | 0.1MB |
| | | | | | Exhibit | Exhibit 11 to Declaration of Michael W. Dotts | 0.5MB |
| | | | | | Exhibit | Exhibit 12 to Declaration of Michael W. Dotts | 4.4MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Exhibit | Exhibit 13 to Declaration of Michael W. Dotts | 0.1MB |
| | | | | | Exhibit | Exhibit 14 to Declaration of Michael W. Dotts | 0.1MB |
| | | | | | Exhibit | Exhibit 15 to Declaration of Michael W. Dotts | 0.1MB |
| | | | | | Opposition | Plaintiffs' Consolidated Opposition to &quot;Special Appearance&quot; of Defendants Davina Limited, Rothschild Trust, Rothschild Trust Guernsey Limited Account 2299 and Concorde Trust to Challenged Personal Jurisdiction and to Adopt, Incorporate and Join In Other Motions Pending Responsive to the First Amended Complaint | 0.1MB |
| 16462629 | 9/27/2007 3:08 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Case Management Order | Amended Scheduling Order | 0.1MB |
| 16532288 | 10/3/2007 4:36 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Motion | Memorandum in Support of Defendant Pfaff's Motion for (1) Stay of Testimonial Discovery Pending Trial of United States vs. Stein and (2) Relief from Order Requiring Defendant Pfaff's Attendance at October 30, 2007 Preliminary Injunction Hearing | 0.3MB |
| 16532290 | 10/3/2007 4:46 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Declaration | Declaration of David C. Scheper in Support of Defendant Pfaff's Motion for (1) Stay of Testimonial Discovery Pending Trial of United Sttes vs. Stein, and (2) Relief from Order Requiring Defendant Pfaff's Attendance at October 30, 2007 Preliminary Injunction Hearing | 0.4MB |
| 🕐 16566577 | 10/5/2007 3:44 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Notice | Notice of Motion and Motion for Defendant Pfaff's Motion for (1) Stay of Testimonial Discovery Pending Trial of Unites States v. Stein, and (2) Relief from Order Requiring Defendant Pfaff's Attending at October 30, 2007 Preliminary Injunction Hearing. | 0.1MB |
| 16566603 | 10/5/2007 6:47 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Michael W Dotts, O'Connor Berman Dotts & Banes-Saipan | Opposition | PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DELOITTE & TOUCH LLC, DELOITTE & TOUCHE LLP, MICHAEL S. JOHNSON AND JOSEPH ARNETT | 0.1MB |
| | | | | | Declaration | DECLARATION OF MICHAEL W. DOTTS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DELOITTE & TOUCHE LLC, DELOITTE & TOUCHE LLP, MICHAEL S. JOHNSON AND JOSEPH ARNETT AND UNDER COM.R.CIV.PROC. 56(f) | 0.1MB |
| | | | | | Exhibit | EXHIBIT A-I TO MICHAEL W. DOTTS DECLARATION IN | 1.9MB |

| | | | | Exhibit | OPPOSITION TO MOTION FOR SUMMARY JUDGMENT | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Exhibit | Exhibit J-M to DECLARATION OF MICHAEL W. DOTTS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT | 1.8MB |
| | | | | Exhibit | EXHIBIT N-V TO MICHAEL W. DOTTS DECLARATION IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT | 2.0MB |
| | | | | Affidavit | AFFIDAVIT OF RUSSELL K. SNOW, JR. IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DELOITTE & TOUCHE LLC, DELOITTE & TOUCHE LLP, MICHAEL S. JOHNSON AND JOSEPH ARNETT | 0.3MB |
| | | | | Exhibit | Exhibit 1-5 to AFFIDAVIT OF RUSSELL K. SNOW, JR. IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT | 1.8MB |
| | | | | Exhibit | EXHIBIT 6-20 TO AFFIDAVIT OF RUSSELL K. SNOW, JR. IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT | 2.6MB |
| | | | | Exhibit | EXHIBIT 21-29 TO AFFIDAVIT OF RUSSELL K. SNOW, JR. IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT | 1.8MB |
| 16591786 | 10/9/2007 2:43 PM GST | Serve Only - Private | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Michael W Dotts, O'Connor Berman Dotts & Banes-Saipan | Response | PLAINTIFF UMDA INC.'S RESPONSES TO RAYMOND D. MCCALL'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOUCMENTS TO UMDA | 0.1MB |
| 16591793 | 10/9/2007 2:52 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Order Scheduling Hearing on Pfaff's Motion for a Stay | 0.1MB |
| 16665455 | 10/15/2007 2:33 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Michael W Dotts, O'Connor Berman Dotts & Banes-Saipan | Declaration | Declaration of Michael W. Dotts in Support of Opposition to Pfaff's Motions | 0.1MB |
| | | | | | Exhibit | Exhibits to Declaration of Michael W. Dotts | 1.0MB |
| | | | | | Opposition | Plaintiffs' Opposition to (1) Pfaff's Motion to Stay Testimnial Discovery and to Otherwise Reconsdier the Court's September 4, 2007 Order, and (2) Cross-Motion to Lift Discovery Stay | 0.1MB |
| 16681859 | 10/16/2007 8:31 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Reply | Defendant Pfaff's (1) Reply to Plaintiff's Opposition to Pfaff's Motion to Stay Testimonial Discovery and (2) Preliminary Response to Cross-Motion to Lift Discovery Stay | 0.3MB |
| 🕐 16683541 | 10/16/2007 11:27 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Stephen J Nutting, Nutting, Stephen J-Saipan | Motion | Motion and Notice of Motion to Set Aside Default | 0.1MB |
| | | | | | Memorandum | In Support of Motion to Set Aside, Declaration of Stephen J. Nutting, Declaration of Myrna M. Santos, Exhibits 1-12 | 1.2MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16755119 | 10/22/2007 3:16 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Michael W Dotts, O'Connor Berman Dotts & Banes-Saipan | Notice | Notice Re: Pfaff's Availability to Testify on October 30, 2007. | 0.1MB |
| | | | | | Exhibit | Exhibits to Notice of Pfaff's Availabilty | 0.1MB |
| 16790282 | 10/24/2007 3:59 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Motion to Dismiss | Memorandum of Defendant KCT Irrevocable Trust in Support of Its Com.R.Civ.P.12 (b)(2) Motion to Dismiss for Lack of Personal Jurisdiction and Its Com.R.Civ.P.12(b)(6) Motion to Dimiss for Failure to State a Claim | 0.3MB |
| 🕐 16790287 | 10/24/2007 4:10 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Notice | Notice of Motion and Motion of Defendant KCT Irrevocable Trust to Dismiss the First Amended Complaint as it Relates to Defendant ● Linked from (1) | 0.1MB |
| 16807082 | 10/25/2007 12:27 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Michael W Dotts, O'Connor Berman Dotts & Banes-Saipan | Ex Parte Motion | PLAINTIFFS' NOTICE OF EX PARTE MOTION AND MOTION TO RESOLVE THE LOGISTICS OF DEFENDANT PFAFF'S TESTIMONY | 0.1MB |
| | | | | | Exhibit | Exhibits to Ex Parte Motion | 0.1MB |
| | | | | | Proposed Order | [Proposed] Order Re: Pfaff's Testimony | 0.1MB |
| 16807139 | 10/25/2007 1:50 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Michael W Dotts, O'Connor Berman Dotts & Banes-Saipan | Opposition | Plaintiffs' Opposition to Motion to Set Aside Defaults by Rothschild Trust Guernsey, Rothschild Trust Guernsey Limited Account 2299, Concorde Trust and Davina Limited | 0.1MB |
| | | | | | Declaration | Declaration of Michael W. Dotts In Support of Opposition to Motion to Set Aside Default by Rothschild Trust Guernsey, Rothschild Trust Guernsey Limited Account 2299, Concorde Trust and Davina Limited | 0.1MB |
| | | | | | Exhibit | Exhibits to Dotts Declaration | 0.2MB |
| 16807146 | 10/25/2007 2:01 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Response | Defendant Pfaff's Response to UMDA's Notice of Availability of Pfaff to attend October 30, 2007 Preliminary Injunction Hearing | 0.1MB |
| 🕐 16807230 | 10/25/2007 5:11 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Michael W Dotts, O'Connor Berman Dotts & Banes-Saipan | Motion | Motion to Shorten Time ● Linked from (1) | 0.1MB |
| | | | | | Declaration | Declaration in Support of Motion to Shorten Time ● Linked from (1) | 0.1MB |
| | | | | | Proposed Order | [Proposed] Order Shortening Time ● Linked from (1) | 0.1MB |
| 16823107 | 10/26/2007 9:23 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Michael W Dotts, O'Connor Berman Dotts & Banes-Saipan | Reply | Plaintiffs' Reply to Pfaff's Response | 0.1MB |
| | | | | | Declaration | Declaration of Michael W. Dotts in Support of Plaintiffs' Reply | 0.1MB |
| | | | | | Exhibit | Exhibit to Dotts Declaration | 0.3MB |
| 16823700 | 10/26/2007 3:03 PM | File And | 07-0152-CV United | Juan T Lizama, | Order | Granted (Motion to Shorten Time) | 0.1MB |

| ID | Date/Time | Action | Case | Attorney | Doc Type | Description | Size |
|---|---|---|---|---|---|---|---|
| | GST | Serve | Micronesia Development Association Inc vs G E T Realty Trust | MP CNMI Superior Court | Order | • Linked to (1) Granted (Declaration in Support of Motion to Shorten Time) | 0.1MB |
| | | | | | Order | • Linked to (1) Granted ([Proposed] Order Shortening Time) | 0.1MB |
| 16823711 | 10/26/2007 3:21 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | • Linked to (1) Granted (Notice of Motion and Motion of Defendant KCT Irrevocable Trust to Dismiss the First Amended Complaint as it Relates to Defendant ) • Linked to (1) | 0.1MB |
| 16841210 | 10/29/2007 1:59 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Michael W Dotts, O'Connor Berman Dotts & Banes-Saipan | Declaration | Declaration of Jose Lafoifoi | 0.1MB |
| | | | | | Declaration | Declaration of Russell Snow | 0.1MB |
| 16841251 | 10/29/2007 5:18 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Michael W Dotts, O'Connor Berman Dotts & Banes-Saipan | Notice | Notice Regarding Disbusement of Remaining Escrow Funds and Request to Have Court Assume Control of All Deposit Accounts Holding Disputed Funds As Deposits with the Court | 0.2MB |
| | | | | | Declaration | Declaration of Timothy H. Bellas | 0.4MB |
| | | | | | Exhibit | Exhibits to Declaration of Timothy H. Bellas | 0.2MB |
| 16841256 | 10/29/2007 6:09 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Michael W Dotts, O'Connor Berman Dotts & Banes-Saipan | Entry of Appearance | Entry of Special Appearance | 0.1MB |
| 16841262 | 10/29/2007 7:08 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Michael W Dotts, O'Connor Berman Dotts & Banes-Saipan | Declaration | Declaration of Winnie Lee | 0.4MB |
| | | | | | Exhibit | Exhibits 1-9 | 1.3MB |
| | | | | | Exhibit | Exhibit 10 | 1.2MB |
| | | | | | Exhibit | Exhibits 11-20 | 2.5MB |
| | | | | | Exhibit | Exhibits 21-24 | 0.7MB |
| | | | | | Exhibit | Exhibits 25-35 | 1.3MB |
| | | | | | Exhibit | Exhibits 36-46 | 3.3MB |
| 16893692 | 11/1/2007 11:26 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Request | Request for Judicial Notice and Exhibits | 2.1MB |
| 16945548 | 11/6/2007 3:51 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Stephen J Nutting, Nutting, Stephen J-Saipan | Reply | Memorandum in Support of Motion to Set Aside Entry of Default, Declaration of Myrna Santos, Exhibit A | 0.2MB |
| 16965227 | 11/7/2007 2:00 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Amended Notice | Amended Notice Of Deposition of Thomas C. Sorenson | 0.1MB |
| | | | | | Amended Notice | Amended Notice of Rule 30(b)(6) Notice of Depositionof G.E.T. Realty Trust | 0.1MB |
| | | | | | Notice of Deposition | Notice of Rule 30(b)(6) Notice of Deposition of KCT Irrevocable Trust | 0.1MB |

| 16983396 | 11/8/2007 3:15 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Opposition | Plaintiffs' Opposition to KCT's Motion to Dismiss the First Amended Complaint | 0.1MB |
|---|---|---|---|---|---|---|---|
| | | | | | Declaration | Declaration of Robert J. O'Connor in Support of Plaintiffs' Opposition to KCT's Motion | 0.1MB |
| | | | | | Exhibit | Exhibit to Declaration of Robert J. O'Connor | 0.4MB |
| 17001440 | 11/9/2007 1:52 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Declaration | Supplemental Declaration of Winnie Lee | 0.2MB |
| 17026598 | 11/13/2007 3:25 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Order Granting Preliminary Injunction and Denying Summary Judgment | 0.1MB |
| 17113430 | 11/16/2007 2:50 PM GST | File Only | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Michael W Dotts, O'Connor Berman Dotts & Banes-Saipan | Summons | Summons to First Amended Complaint | 0.1MB |
| 17287317 | 11/19/2007 7:01 PM GST | Serve Only - Public | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Response | Defendant GET Realty Trust's Response to Plaintiffs' Joint Request for Production of Documents | 0.2MB |
| 17287319 | 11/19/2007 7:18 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Reply | Memorandum of Defendant KCT Irrevocable Trust in Reply to Plaintiffs' Opposition to its Motion to Dismiss for Lack of Personal Jurisdiction and its Com.R.Civ. P. 12(b)(6) Motion to Dismiss | 0.4MB |
| 17329204 | 11/21/2007 4:42 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Memorandum | Memorandum in Support of Defendants' Motion for Protective Order | 0.3MB |
| 17329206 | 11/21/2007 4:47 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Exhibit | Exhibits A-D in Support of Defendants' Motion for Protective Order | 0.9MB |
| ⊕ 17329207 | 11/21/2007 4:50 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Notice | Notice of Motion and Defendants' Motion for Protective Order | 0.1MB |
| 17329208 | 11/21/2007 4:59 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T | Colin Murphy Thompson, Thompson, Colin M | Memorandum | Memorandum in Support of Defendants' Consolidated Motions for (1) Rule 16(b) Scheduling Conference and (2) Rule 26(f) Discovery Conference | 0.4MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Realty Trust | | | | |
| ⊕ 17329209 | 11/21/2007 5:06 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Notice | Notice of Motion and Defendants' Consolidated Motions for (1) Rule 16(b) Scheduling Conference and (2) Rule 26(f) Disocvery Conference | 0.1MB |
| 17346596 | 11/23/2007 8:36 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert Tenorio Torres, Torres, Robert T- Saipan-Saipan | Stipulation | STIPULATION TO REQUEST ALL MOTIONS BY ALL PARTIES and [Proposed] ORDER<br>● Linked from (1) | 0.1MB |
| 17409480 | 11/27/2007 11:32 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Granted (STIPULATION TO REQUEST ALL MOTIONS BY ALL PARTIES and [Proposed] ORDER)<br>● Linked to (1) | 0.1MB |
| 17491506 | 12/3/2007 4:16 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Richard W Pierce, Pierce, Richard W- Saipan | Joinder | McCall's Joinder in Motions for Rules 16 and 26 Conferences | 0.1MB |
| 17509401 | 12/4/2007 10:03 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Loren Alison Sutton, Sutton, Loren A- Saipan | Motion | Motion for Judgment on Pleadings, Notice of Motion Motion to Join Pfaff Motion, Memo in Support | 0.1MB |
| | | | | | Affidavit | Makov Affidavit | 0.1MB |
| | | | | | Declaration | Counsel's Declaration re Service and Exh. A Server's Declaration of Service | 0.2MB |
| 17509575 | 12/4/2007 10:06 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Loren Alison Sutton, Sutton, Loren A- Saipan | Proposed Order | Proposed Order<br>● Linked from (1) | 0.1MB |
| 17526566 | 12/5/2007 7:56 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Granted (Proposed Order)<br>● Linked to (1) | 0.1MB |
| 17605514 | 12/11/2007 1:22 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert Tenorio Torres, Torres, Robert T- Saipan- Saipan | Joinder | JOINDER BY MONTE PERUCHO, ET AL. IN MOTION FOR PROTECTIVE ORDER AND RULES 16 AND 26 CONFERENCES | 0.1MB |
| 17643531 | 12/13/2007 10:38 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Notice of Appeal - Civil | Robert Pfaff Notice of Appeal<br>● Linked from (1) | 0.9MB |
| 17643534 | 12/13/2007 10:44 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T | Colin Murphy Thompson, Thompson, Colin M | Notice of Appeal - Civil | Defendant GET Trust and Thomas Sorenson, in his capacity as Trustee of GET Realty Trust- Notice of Appeal<br>● Linked from (1) | 0.9MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ⊕ 17660647 | 12/14/2007 9:51 PM GST | File And Serve | Realty Trust 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Opposition | Opposition to Protective Order | 0.1MB |
| | | | | | Declaration | Declaration of Michael W. Dotts in Support of Opposition to Protective Order | 0.1MB |
| | | | | | Exhibit Opposition | Exhibits to Dotts Declaration | 3.0MB |
| | | | | | | Plaintiffs' Response to Defendants' Motion for Discovery and Scheduling Conferences | 0.1MB |
| | | | | | Exhibit Motion | Exhibit to Plaintiffs' Response | 0.2MB |
| | | | | | | Motion to Compel Testimony of Defendant Pfaff | 0.1MB |
| | | | | | Declaration | Declaration of Robert J. O'Connor in Support of Motion to Compel | 0.1MB |
| | | | | | Exhibit | Exhibits to O'Connor Declaration | 1.1MB |
| | | | | | Notice | Notice of Motion to Compel Monte Perucho | 0.1MB |
| | | | | | Motion | Motion to Compel Monte Perucho | 0.1MB |
| | | | | | Declaration | Declaration of Robert J. O'Connor in Support of Motion to Compel Monte Perucho | 0.1MB |
| | | | | | Exhibit | Exhibit to O'Connor Declaration | 1.3MB |
| | | | | | Notice | Notice of Motion to Compel McCall | 0.1MB |
| | | | | | Motion | Motion to Compel McCall | 0.1MB |
| | | | | | Declaration | Declaration of Robert J. O'Connor in Support of Motion to Compel McCall | 0.2MB |
| | | | | | Exhibit | Exhibit to O'Connor Declaration Pt. 1 | 1.7MB |
| | | | | | Exhibit | Exhibit to O'Connor Declaration Pt. 2 | 1.0MB |
| | | | | | Exhibit | Exhibit to O'Connor Declaration Pt. 3 | 1.8MB |
| 17679656 | 12/17/2007 3:00 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Granted (Robert Pfaff Notice of Appeal) • Linked to (1) | 1.0MB |
| 17679657 | 12/17/2007 3:01 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Granted (Defendant GET Trust and Thomas Sorenson, in his capacity as Trustee of GET Realty Trust- Notice of Appeal) • Linked to (1) | 1.0MB |
| 17756749 | 12/21/2007 1:36 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | David William Dooley, Dooley Roberts & Fowler LLP | Reply | Reply Memorandum In Support Of Motion For Partial Summary Judgment | 0.6MB |
| 17756909 | 12/21/2007 3:05 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Notice of Appeal - Civil | Transcript Designation and Order Form | 0.1MB |
| 17831317 | 12/31/2007 3:41 PM | File And | 07-0152-CV United | Richard W Pierce, | Agreed Scheduling | Stipulation and Proposed Order on Motion to Compel | 0.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | GST | Serve | Micronesia Development Association Inc vs G E T Realty Trust | Pierce, Richard W-Saipan | Order | • Linked from (1) | |
| 17854371 | 1/2/2008 11:26 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Subpoena | Subpoena Duces Tecum | 0.1MB |
| 17893028 | 1/4/2008 9:49 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Stipulation | Stipulated Request to Continue All Pending Motions and Due Dates for Responses<br>• Linked from (1) | 0.1MB |
| 17914103 | 1/7/2008 3:42 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Stephen J Nutting, Nutting, Stephen J-Saipan | Memorandum | SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF GET REALTY TRUST COM.R.CIV.P.12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND OTHER GROUNDS | 0.1MB |
| 17928220 | 1/8/2008 3:32 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Granted (Stipulation and Proposed Order on Motion to Compel)<br>• Linked to (1) | 0.1MB |
| 17974954 | 1/10/2008 1:26 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Granted (Stipulated Request to Continue All Pending Motions and Due Dates for Responses)<br>• Linked to (1) | 0.1MB |
| 18018296 | 1/14/2008 10:05 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Affidavit | Affidavit of Cindy Adams | 0.2MB |
| 18018509 | 1/14/2008 4:36 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Reply | Reply to Plaintiffs' Memorandum in Qualified Non-Opposition to Defendant GET Realty Trust's Consolidated Motions for (1) Rule 16(b) and (2) Rule 26(f) Discovery Conference; and to Plaintiffs' Opposiiton to Entry of a Protective Order; and Defendants' Opposition to Plaintiffs' Cross-Motion to Compel Discovery. | 0.5MB |
| 18018538 | 1/14/2008 5:16 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Declaration | Declaration of Counsel in Support of Defendant Pfaff's Opposition to UMDA's Motion to Compel Testimony by Robert Pfaff on Topics Relating to Assertion of Fifth Amendment | 1.6MB |
| 18018545 | 1/14/2008 5:39 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T | Colin Murphy Thompson, Thompson, Colin M | Opposition | Defendant Pfaff's Opposition to UMDA's Motion to Compel Testimony by Robert Pfaff on Topics Relating to Assertion of Fifth Amendment | 0.5MB |

| | | | Realty Trust | | | | |
|---|---|---|---|---|---|---|---|
| 18138751 | 1/21/2008 4:46 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Reply | Reply In Support of Motion to Compel testimony by Robert Pfaff on Topics as to Which He has Not Satisfied His Burden in Asserting the Fifth Amendment Privilege | 0.1MB |
| | | | | | Opposition | Plaintiffs' Opposition to Makov's Motion for Judgment on the Pleadings; Cross Motion to Strike Un-Notarized "Affidavit" | 0.1MB |
| 18280506 | 1/28/2008 2:47 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Michael W Dotts, O'Connor Berman Dotts & Banes-Saipan | Stipulation | Stipulation | 0.1MB |
| | | | | | Proposed Order | Proposed Order Releasing Monte Perucho's Interest in the Fund to UMDA<br>• Linked from (1) | 0.1MB |
| 18296790 | 1/29/2008 8:13 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Granted (Proposed Order Releasing Monte Perucho's Interest in the Fund to UMDA)<br>• Linked to (1) | 0.1MB |
| 18301220 | 1/29/2008 4:05 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Richard W Pierce, Pierce, Richard W-Saipan | Stipulation | Stipulation for Dismissal of McCall Defendants (UMDA Claims) and Proposed Order<br>• Linked from (1) | 0.1MB |
| | | | | | Stipulation | Stipulation for Dismissal of McCall defendants (Deloitte Cross Claims) and Proposed Order<br>• Linked from (1) | 0.1MB |
| 18395723 | 2/1/2008 11:20 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Order denying motion for partial summary judgment | 0.1MB |
| 18417163 | 2/4/2008 10:23 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Granted (Stipulation for Dismissal of McCall Defendants (UMDA Claims) and Proposed Order)<br>• Linked to (1) | 0.2MB |
| | | | | | Order | Granted (Stipulation for Dismissal of McCall defendants (Deloitte Cross Claims) and Proposed Order)<br>• Linked to (1) | 0.1MB |
| 18440697 | 2/5/2008 12:12 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Reply | Plaintiffs' Reply in Support of Cross-Motion to Compel Discovery From Defendants GET Realty Trust, KCT Trust, and Sorenson | 0.1MB |
| | | | | | Notice | Plaintiffs' Notice Regarding McCall Motions Following Stipulated Dismissal | 0.1MB |
| 18455660 | 2/6/2008 8:40 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Loren Alison Sutton, Sutton, Loren A-Saipan | Reply | Reply brief to Opposition to Motion for Judgment on the Pleadings | 0.1MB |
| 18458448 | 2/6/2008 1:18 PM GST | File And Serve | 07-0152-CV United Micronesia Development | Loren Alison Sutton, Sutton, Loren A- | Reply | Final Reply Brief | 0.1MB |
| | | | | | Exhibit | supp. declaration of Loren A. Sutton | 0.2MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Association Inc vs G E T Realty Trust | Saipan | Affidavit | Supp. Makov Affidavit-Notarized | 0.1MB |
| 18498798 | 2/8/2008 1:35 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Amended Notice | Amended Notice of Deposition of Robert Pfaff | 0.1MB |
| | | | | | Notice of Deposition | Rule 30(b)(6) Notice of Deposition of Sasquatch II | 0.1MB |
| ⊕ 18558747 | 2/12/2008 4:00 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Motion for Reconsideration | Memorandum in Support of Motion to Reconsider the Court's Order of January 29, 2008 Releasing Funds from Impounded Account | 0.2MB |
| | | | | | Notice | Notice of Motion and Motion to Reconsider the Court's Order of January 29, 2008 Releasing Funds from Impounded Account | 0.1MB |
| 18579588 | 2/13/2008 3:05 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | David William Dooley, Dooley Roberts & Fowler LLP | Request for Production | Defendant Joseph Arnett's First Request to Produce Documents to United Micronesia Development Association, Inc. | 3.9MB |
| | | | | | Interrogatories | Defendant Joseph Arnett's First Set of Interrogatories to United Micronesia Development Association, Inc. | 0.4MB |
| 18579626 | 2/13/2008 4:13 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Entry of Appearance | Entry of Appearance | 0.1MB |
| 18597790 | 2/14/2008 3:14 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Loren Alison Sutton, Sutton, Loren A-Saipan | Stipulation | Stipuated schedule for motions Feb 19-20<br>• Linked from (1) | 0.1MB |
| 18618960 | 2/15/2008 3:41 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Stipulation | Stipulation with additional signatures<br>• Linked from (1) | 0.1MB |
| 18618963 | 2/15/2008 3:51 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Rodney J Jacob, Calvo & Clark LLP | Declaration | Declaration of Winnie Lee in Support of Plaintiffs' Oppositions to Defendants' Motions Regarding Service, Defaults and Personal Jurisdiction | 0.8MB |
| 18645734 | 2/19/2008 12:57 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Joinder | Joinder in Defendant GET Realty Trust et al. Consolidated Motions for Orders (1) Setting a Rule 16 (b) Scheduling Conference and (2) Setting a Rule 26(f) Discovery Conference; & Motion for Protective Order (1) Stating that Discovery Not Be Had, or in the Alternative, (2) Mandating that the Discovery May Be Had Only on Specified Terms and Conditions, & (2) That Certain Information not be Reveled or Revealed Only | 0.1MB |

| | | | | | | in a Designated Way | |
|---|---|---|---|---|---|---|---|
| 18645843 | 2/19/2008 4:39 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Response | Defendant Pfaff's Response to Plaintiffs' Joint Request for Production of Documens | 0.4MB |
| 18701607 | 2/22/2008 10:42 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Sua Sponte Order | Order for motion for consideration of release of funds to UMDA. | 0.1MB |
| 18720599 | 2/23/2008 3:56 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Request for Production<br><br>Request for Production<br><br>Request for Production | First Request for Production of Documents to Defendant Deloitte and Touche LLP<br><br>First Request for Production of Documents to Defendant KCT Irrevocable Trust<br><br>First Request for Production of Documents to Defendant Thomas Sorenson | 0.1MB<br><br>0.1MB<br><br>0.1MB |
| 18723177 | 2/25/2008 10:32 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Granted (Stipulated schedule for motions Feb 19-20)<br>• Linked to (1) | 0.1MB |
| 18723178 | 2/25/2008 10:33 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Granted (Stipulation with additional signatures)<br>• Linked to (1) | 0.1MB |
| 18723241 | 2/25/2008 1:34 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Stephen J Nutting, Nutting, Stephen J-Saipan | Notice of Appearance | NOTICE OF SPECIAL APPEARANCE ON BEHALF OF ROTHSCHILD TRUST (GUERNSEY) LIMITED AND CONCORDE TRUST, ROTHSCHILD TRUST (GUERNSEY) LIMITED ACCOUNT 2299 (ACCOUNT 2299), TRUST AND DAVINA LIMITED AND JOINDER IN MOTIONS TO SET ASIDE DEFAULT | 0.1MB |
| 18762505 | 2/27/2008 5:47 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Daniel M Benjamin, Calvo & Clark LLP | Opposition | Plaintiffs' Opposition to Get Realty Trust's and Its Trustee Thomas C. Sorenson's Motion for Reconsideration | 0.1MB |
| 18817828 | 3/3/2008 12:04 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Notice of Deposition | Notice of Deposition of Paul Dingee | 0.1MB |
| 18817946 | 3/3/2008 3:50 PM GST | Serve Only - Public | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Daniel M Benjamin, Calvo & Clark LLP | Request for Production | Second Request for Production of Documents to Defendant Deloitte & Touche LLC and Deloitte & Touche LLP | 0.3MB |

| 18837777 | 3/4/2008 6:33 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Stipulation | Stipulated Request to Continue Hearing on Motion to Reconsider<br>• Linked from (1) | 0.1MB |
|---|---|---|---|---|---|---|---|
| 18856824 | 3/5/2008 4:28 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Loren Alison Sutton, Sutton, Loren A-Salpan | Notice | Executive Summary | 0.1MB |
| 18893888 | 3/7/2008 12:33 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Granted (Stipulated Request to Continue Hearing on Motion to Reconsider)<br>• Linked to (1) | 0.1MB |
| 18914137 | 3/10/2008 10:05 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Loren Alison Sutton, Sutton, Loren A-Salpan | Notice | Recovered Executive Summary | 0.1MB |
| 18914152 | 3/10/2008 10:50 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert Tenorio Torres, Torres, Robert T-Salpan-Salpan | Reply | EXECUTIVE SUMMARY OF MOTION TO DISMISS BY DEFENDANT PAUL DINGEE | 0.1MB |
| 18914321 | 3/10/2008 4:42 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Stephen J Nutting, Nutting, Stephen J-Salpan | Proposed Order | Final Order Dismissing for Lack of Personal Jurisdiction | 0.1MB |
|  |  |  |  |  | Proposed Order | Final Order to Dismiss 2299 and Concorde | 0.1MB |
|  |  |  |  |  | Proposed Order | Final Order to Set Aside Entry of Default | 0.1MB |
|  |  |  |  |  | Memorandum | Executive Summary | 0.1MB |
| 18914340 | 3/10/2008 6:32 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Daniel M Benjamin, Calvo & Clark LLP | Memorandum | Plaintiffs' Executive Summary | 1.3MB |
|  |  |  |  |  | Proposed Order | [PROPOSED] Order on Defendants' Motions to Dismiss and Discovery Motions | 1.2MB |
|  |  |  |  |  | Notice | Notice of Filing of Transcript of Proceedings (February 19, 2008) | 0.1MB |
|  |  |  |  |  | Declaration | Declaration of Alexander Freeman | 0.3MB |
|  |  |  |  |  | Exhibit | Exhibits 1-10 to Declaration of Alexander Freeman | 1.4MB |
|  |  |  |  |  | Exhibit | Transcript of Proceedings- Part 1 | 1.1MB |
|  |  |  |  |  | Exhibit | Transcript of Proceedings- Part 2 | 1.2MB |
|  |  |  |  |  | Exhibit | Transcript of Proceedings- Part 3 | 1.3MB |
|  |  |  |  |  | Exhibit | Transcript of Proceedings- Part 4 | 1.6MB |
| 18914341 | 3/10/2008 7:24 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Opposition | Executive Summary of Opposition to UMDA's Motion to Compel Testimony of Robert Pfaff on Topics Relating to Assertion of Fifth Amendment | 0.1MB |
|  |  |  |  |  | Proposed Order | Proposed Order | 0.1MB |
| 18914344 | 3/10/2008 | File | 07-0152-CV | Colin | Motion | Executive Summary of | 1.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 8:56 PM GST | And Serve | United Micronesia Development Association Inc vs G E T Realty Trust | Murphy Thompson, Thompson, Colin M | | Defendants' Motion for Protective Order re: Confidentiality; Opposition to Plaintiffs' Cross-Motion to Compel Discovery and for Fees and Costs | |
| 18914348 | 3/10/2008 9:33 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Motion | Executive Summary of Defendant Robert Pfaff's Motion to Dismiss teh Causes of Action of Plaintiff UMDA for failure to State a Claim | 0.2MB |
| | | | | | Proposed Order | Proposed Order | 0.8MB |
| 18914352 | 3/10/2008 9:48 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Motion | Executive Summary of Defendant Robert Pfaff's Motion to Dismiss The Compalint of Plaintiff UMDA LaoLao LLC for (1) Lack of Standing and Failure to State a Claim & (2) For Partial Summary Judgment | 0.2MB |
| | | | | | Proposed Order | Proposed Order | 0.7MB |
| 18914359 | 3/10/2008 9:57 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Motion | Executive Summary of Defendant Tom Sorenson the Individual's Motions to Dismiss | 0.2MB |
| | | | | | Proposed Order | Proposed Order | 0.1MB |
| 18914391 | 3/10/2008 10:10 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Motion | Executive Summary of Defendant Tom Sorenson the Trustee's Motion to Dismiss | 0.1MB |
| | | | | | Proposed Order | Proposed Order | 0.1MB |
| 18914422 | 3/10/2008 10:26 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Motion | Executive Summary of KCT Irrevocable Trust's Motion to Dismiss | 0.1MB |
| | | | | | Proposed Order | Proposed Order | 0.1MB |
| 18914441 | 3/10/2008 10:36 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Motion | Executive Summary of Defendant GET Realty Trust's Motion to Dismiss | 0.1MB |
| | | | | | Proposed Order | Proposed Order | 0.1MB |
| 18932872 | 3/11/2008 9:42 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Daniel M Benjamin, Calvo & Clark LLP | Notice | Errata Re: Filing of [PROPOSED] Discovery Plan and Order | 0.1MB |
| | | | | | Proposed Order | [PROPOSED] Discovery Plan and Order | 0.2MB |
| | | | | | Declaration | Declaration of Alexander Freeman | 0.3MB |
| | | | | | Exhibit | Exhibits 1-10 to Declaration of Alexander Freeman | 1.3MB |
| 19105504 | 3/24/2008 5:09 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | David William Dooley, Dooley Roberts & Fowler LLP | Response | Defendants Deloitte & Touche LLC and Deloitte & Touche LLP's Response to First Request for Production of Documents<br>• Linked from (1) | 5.0MB |
| 19122109 | 3/25/2008 10:28 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association | Rodney J Jacob, Calvo & Clark LLP | Request | Plaintiffs' Request for Judicial Notice | 1.2MB |

|  |  |  | Inc vs G E T Realty Trust |  |  |  |  |
|---|---|---|---|---|---|---|---|
| 19122222 | 3/25/2008 11:28 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Stipulation | Stipulated Request to Continue Hearing on Motion to Reconsider<br>• Linked from (1) | 0.1MB |
| 19122448 | 3/25/2008 4:45 PM GST | Serve Only - Public | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Response | Defendant KCT Irrevocable Trust's Response to Plaintiffs' Joint Request for Production of Documents | 0.5MB |
|  |  |  |  |  | Response | Defendant Sorenson the Individual's Response to Plainitffs' Joint Request for Production of Documents | 0.5MB |
| 19195449 | 3/31/2008 5:55 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Accounting | Plaintiffs' Report to the Court Regarding the Enjoined Funds | 0.1MB |
|  |  |  |  |  | Declaration | Declaration of Timothy Bellas in Support of Plaintiffs' Report to the Court Regarding Enjoined Funds | 0.1MB |
| 19211155 | 4/1/2008 7:55 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Granted (Stipulated Request to Continue Hearing on Motion to Reconsider)<br>• Linked to (1) | 0.1MB |
| 19211255 | 4/1/2008 7:58 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Granted (Defendants Deloitte & Touche LLC and Deloitte & Touche LLP's Response to First Request for Production of Documents)<br>• Linked to (1) | 5.0MB |
| 19213670 | 4/1/2008 11:39 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Rodney J Jacob, Calvo & Clark LLP | Proposed Order | Order Releasing Paul C. Dingee's Monetary Interest in the Fund to UMDA | 0.1MB |
|  |  |  |  |  | Stipulation | Stipulation | 0.1MB |
| 19231662 | 4/2/2008 3:02 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | David William Dooley, Dooley Roberts & Fowler LLP | Response | Defendants Deloitte & Touche LLC And Deloitte & Touche LLP's Response to Plaintiffs' Second Request For Production Of Documents | 2.2MB |
| 19249448 | 4/3/2008 9:37 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Sua Sponte Order | Order setting hearing for release of Dingee's monetary interest | 0.1MB |
| 19268542 | 4/4/2008 8:54 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Order Following Feb. 19 hearing | 0.1MB |
| 19287145 | 4/7/2008 10:43 PM GST | Serve Only - Public | 07-0152-CV United Micronesia Development Association | Colin Murphy Thompson, Thompson, Colin M | Request for Production | Defendant Robert Pfaff's First Request for Production of Documents to Plaintiff United Micronesia Development Association, Inc. | 0.6MB |

| | | | Inc vs G E T Realty Trust | | | | |
|---|---|---|---|---|---|---|---|
| 19287670 | 4/8/2008 12:14 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Cross Complaint | Laramie Felaty LLC's Third Party Complaint - Demand for Jury Trial | 0.5MB |
| 19288016 | 4/8/2008 12:30 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Cross Complaint | Laramie Fealty LLC's Counter Claims-Demad for Jury Trial | 0.4MB |
| 🕐 19304441 | 4/8/2008 8:52 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Motion | Defendant Trustee for the GET Realty Trust's Memornadum in Support of Motion to Strike and Objection to Stipulation and Proposed Order and Motion for an Accouting of Funds | 0.2MB |
| | | | | | Notice | Notice of Motion and Motion to Strike and Objection to Stipulation and Proposed Order and Motion for an Accounting of Funds | 0.1MB |
| 19384515 | 4/12/2008 2:37 PM GST | Serve Only - Public | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Request for Production | Defendant Robert Pfaff's Second Request for Production of Documents to Plaintiff United Micronesia Development Association, Inc. | 0.3MB |
| 19385779 | 4/14/2008 4:54 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Deposition Notice | Amended Notice of Rule 30(b)(6) Notice of Deposition of G.E.T. Realty Trust | 0.1MB |
| | | | | | Deposition Notice | Amended Notice of Rule 30(b)(6) Notice of Deposition of KCT Irrevocable Trust | 0.1MB |
| | | | | | Deposition Notice | Amended Notice of Rule 30(b)(6) Notice of Deposition of Thomas C. Sorenson | 0.1MB |
| 19405912 | 4/15/2008 1:52 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Request | Defendant GET Realty Trust and KCT Irrevocable Trust's Request for Discovery Order | 0.1MB |
| 19425923 | 4/16/2008 3:40 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Amended Notice | Amended Notice of Deposition of Robert Pfaff | 0.1MB |
| 19464263 | 4/18/2008 1:14 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Proposed Order | Proposed Order After April 15, 2008, Emergency Hearing • Linked from (1) | 0.1MB |
| 19464325 | 4/18/2008 2:34 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T | Juan T Lizama, MP CNMI Superior Court | Order | Granted (Proposed Order After April 15, 2008, Emergency Hearing) • Linked to (1) | 0.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 19483534 | 4/19/2008 3:03 PM GST | File And Serve | Realty Trust 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Stephen J Nutting, Nutting, Stephen J-Saipan | Joinder | JOINDER IN GET REALTY TRUSTS MOTIONS TO RECONSIDER THE COURT'S ORDER OF JANUARY 29, 2008 RELEASING FUNDS FROM IMPOUND ACCOUNT AND MOTION TO STRIKE AND OBJECTION TO STIPULATION AND PROPOSED ORDER AND FOR AN ACCOUNTING | 0.1MB |
| 19484514 | 4/21/2008 11:36 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Reply | Defendant Trustee For the GET Realty Trust's Reply in Support of Motion for Reconsideration | 0.3MB |
| 19484510 | 4/21/2008 11:48 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Stipulation | Stipulation and Order <br> • Linked from (2) | 0.1MB |
| 19484633 | 4/21/2008 5:17 PM GST | Serve Only - Public | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Rodney J Jacob, Calvo & Clark LLP | Response | United Micronesia Development Association, Inc.'s Response to Defendant Joseph Arnett's First Request to Produce Documents | 3.7MB |
| | | | | | Response | UMDA's Response to Defendant Joseph Arnett's First Set of Interrogatories to United Micronesia Development Association, Inc. | 0.3MB |
| 19504825 | 4/22/2008 1:09 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Request for Production | First Request for Production of Documents to Defendant David Amir Makov | 0.1MB |
| 19526180 | 4/23/2008 1:01 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Order regarding release of funds | 0.1MB |
| 19526288 | 4/23/2008 4:11 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Granted (Stipulation and Order) <br> • Linked to (1) | 0.1MB |
| 19526292 | 4/23/2008 4:15 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Granted (Stipulation and Order) <br> • Linked to (1) | 0.1MB |
| 19565657 | 4/25/2008 4:04 PM GST | Serve Only - Public | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Request for Production | Defendant Trustee for the GET Realty Trust's First Request For Production of Documents to Plaintiff United Micronesia Development Association Inc. | 0.1MB |
| | | | | | Request for Production | Defendant Trustee of the KCT Irrevocable Trust's First Request for Production of | 0.2MB |

| | | | | | | Documents to Plainifif United Micronesia Association, Inc. | |
|---|---|---|---|---|---|---|---|
| 🕑 19565669 | 4/25/2008 4:35 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Application | Notice of Application for Default Judgment by Court and Application for Default Judgment by Court | 0.1MB |
| | | | | | Memorandum | Memorandum of Law in Support of Plaintiffs' Application for Default Judgment by Court | 0.1MB |
| | | | | | Declaration | Declaration of Robert J. O'Connor in Support of Plaintiffs' Application for Default Judgment by the Court | 0.1MB |
| | | | | | Exhibit | Exhibit 1 to Declaration of Robert J. O'Connor | 0.1MB |
| | | | | | Exhibit | Exhibit 2 to Declaration of Robert J. O'Connor | 0.1MB |
| | | | | | Exhibit | Exhibit 3 to Declaration of Robert J. O'Connor | 0.1MB |
| | | | | | Exhibit | Exhibit 4 to Declaration of Robert J. O'Connor | 0.1MB |
| | | | | | Exhibit | Exhibit 5 to Declaration of Robert J. O'Connor | 0.1MB |
| | | | | | Exhibit | Exhibit 6 to Declaration of Robert J. O'Connor | 0.1MB |
| | | | | | Exhibit | Exhibit 7 to Declaration of Robert J. O'Connor | 0.1MB |
| | | | | | Exhibit | Exhibit 8 to Declaration of Robert J. O'Connor | 0.1MB |
| | | | | | Exhibit | Exhibit 9 to Declaration of Robert J. O'Connor | 0.2MB |
| | | | | | Exhibit | Exhibit 10 to Declaration of Robert J. O'Connor | 0.4MB |
| | | | | | Exhibit | Exhibit 11 to Declaration of Robert J. O'Connor | 0.1MB |
| | | | | | Exhibit | Exhibit 12 to Declaration of Robert J. O'Connor | 0.1MB |
| | | | | | Exhibit | Exhibit 13 to Declaration of Robert J. O'Connor | 0.1MB |
| | | | | | Exhibit | Exhibit 14 to Declaration by Robert J. O'Connor | 0.1MB |
| | | | | | Exhibit | Exhibit 15 to Declaration of Robert J. O'Connor | 0.1MB |
| | | | | | Exhibit | Exhibit 16 to Declaration of Robert J. O'Connor | 0.1MB |
| | | | | | Exhibit | Exhibit 17 to Declaration of Robert J. O'Connor | 0.1MB |
| | | | | | Exhibit | Exhibit 18 to Declaration of Robert J. O'Connor | 0.1MB |
| | | | | | Exhibit | Exhibit 19 to Declaration of Robert J. O'Connor | 0.1MB |
| | | | | | Exhibit | Exhibit 20 to Declaration of Robert J. O'Connor | 0.1MB |
| 🕑 19585124 | 4/27/2008 4:32 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Daniel M Benjamin, Calvo & Clark LLP | Motion for Reconsideration | MOTION TO SHORTEN TIME FOR HEARING DATE ON MOTION FORRECONSIDERATION OF APRIL 23, 2008 ORDER | 0.1MB |
| | | | | | Affidavit | AFFIDAVIT OF RODNEY J. JACOB IN SUPPORT OF MOTION TO SHORTEN TIME FOR HEARING DATE ON MOTION FOR RECONSIDERATION OF APRIL 23, 2008 , ORDER | 0.2MB |
| | | | | | Proposed Order | [PROPOSED] ORDER SHORTENING TIME FOR | 0.1MB |

| ID | Date/Time | Action | Case | Filer | Type | Description | Size |
|---|---|---|---|---|---|---|---|
| | | | | | | HEARING DATE ON MOTION FOR RECONSIDERATION OF APRIL 23, 2008 ORDER<br>• Linked from (1) | |
| | | | | | Motion | NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF THE COURT'S APRIL 23, 2008 ORDER FOLLOWING APRIL 8, 2008 HEARING; MEMORANDUM OF POINTS AND AUTHOIRIES IN SUPPORT OF THEREOF | 0.3MB |
| | | | | | Affidavit | AFFIDAVIT OF RODNEY J. JACOB IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE COURT'S APRIL 23, 2008 ORDER FOLLOWING APRIL 8, 2008 HEARING | 0.4MB |
| 19585600 | 4/28/2008 5:29 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Daniel M Benjamin, Calvo & Clark LLP | Motion | Motion to Shorten Time for Hearing Date on Motion for Reconsideration of April 4, 2008 Order | 0.1MB |
| | | | | | Notice | Notice of Motion and Motion to Reconsider the Court's April 4, 2008 Order Dismissing Thomas C. Sorenson (In His Individual Capacity), GET Realty Trust and K.C.T. Irrevocable Trust; Memorandum of Points and Authorities in Support of Thereof | 0.4MB |
| | | | | | Affidavit | Affidavit of Rodney J. Jacob in Support of Motion to Shorten Time for Hearing Date on Motion for Reconsideration of April 4, 2008 Order | 0.2MB |
| | | | | | Proposed Order | [Proposed] Order Shortening Time for Hearing Date on Motion for Reconsideration of April 4, 2008 Order<br>• Linked from (1) | 0.1MB |
| | | | | | Affidavit | Affidavit of Rodney J. Jacob in Support of Plaintiffs' Motion to Reconsider the Court's April 4, 2008 Order | 1.2MB |
| 19642622 | 5/1/2008 2:30 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Granted ([Proposed] Order Shortening Time for Hearing Date on Motion for Reconsideration of April 4, 2008 Order)<br>• Linked to (1) | 0.1MB |
| 19642624 | 5/1/2008 2:34 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Granted ([PROPOSED] ORDER SHORTENING TIME FOR HEARING DATE ON MOTION FOR RECONSIDERATION OF APRIL 23, 2008 ORDER)<br>• Linked to (1) | 0.1MB |
| 19660543 | 5/2/2008 9:33 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Stipulation | Stipulation to extend time for discovery responses between United Micronesia Development Assocuation, Inc. and Robert Pfaff and [Proposed] Order<br>• Linked from (1) | 0.1MB |
| 19661419 | 5/2/2008 4:04 PM | File And | 07-0152-CV United | Colin Murphy | Motion for Reconsideration | Defendant Trustee for the GET Realty Trust and KCT | 0.2MB |