# EXHIBIT 1C

| | | | | | | |
|---|---|---|---|---|---|---|
| | GST | Serve | Micronesia Development Association Inc vs G E T Realty Trust | Thompson, Thompson, Colin M | | Irrevocable Trusts' Motion for Reconsideration of Court's Discovery Order of April 18, 2008 following April 15, 2008 Emergency Hearing | |
| | | | | | Notice | Notice of Motion and Motion by Defendant Trustee for GET Realty Trust and KCT Irrevocable Trust for Reconsideration of Court's Discovery Order of April 18, 2008 Following April 15, 2008 Emergency Hearing | 0.1MB |
| 19661422 | 5/2/2008 4:12 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Opposition | Supplemental Opposition to GET Realty Trust's Motion to Reconsider the Court's Order of January 29, 2008 Releasing Funds and Response to Joinder | 0.1MB |
| | | | | | Affidavit | Affidavit of R. Jacobs with Exhibits | 1.0MB |
| 19661436 | 5/2/2008 4:57 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert Tenorio Torres, Torres, Robert T-Saipan-Saipan | Joinder | JOINER BY DEFENDANT PAUL DINGEE IN MOTION FOR RECONSIDERATION BY UMDA RE: STIPULATION SETTLEMENT | 0.1MB |
| 19678585 | 5/5/2008 10:12 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Request | UNITED MICRONESIA DEVELOPMENT ASSOCIATION, INC'S REQUEST TO ENLARGE TIME AND [PROPOSED] ORDER<br>• Linked from (1) | 0.1MB |
| 19678845 | 5/5/2008 3:44 PM GST | File Only | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Summons | Summons | 0.1MB |
| 19678853 | 5/5/2008 4:30 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Granted (Stipulation to extend time for discovery responses between United Micronesia Development Assocuation, Inc. and Robert Pfaff and [Proposed] Order)<br>• Linked to (1) | 0.1MB |
| 19678868 | 5/5/2008 7:04 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Daniel M Benjamin, Calvo & Clark LLP | Notice | Notice of Cross-Motion and Cross-Motion to Compel Testimony by Thomas Soreson and for Production of Documents by GET Realty Trust and KCT Irrevocable Trust | 0.1MB |
| | | | | | Proposed Order | [PROPOSED] Order Regarding Confidential Information and Production od Documents<br>• Linked from (1) | 0.3MB |
| | | | | | Motion | Motion to Shorten Time of Hearing Date on Laramie Fealty LLC's Motion for Reconsideration of Court's Discovery Order of April 18, 2008 and Plaintiffs' Cross-Motion to Compel Testimony by Thomas C. Sorenson | 0.1MB |
| | | | | | Opposition | Combined (1) Opposition to Laramie Fealty's Motion to Reconsider the Court's | 0.4MB |

| | | |
|---|---|---|
| | Discovery Order of April 18, 2008, and (2) Memorandum of Points and Authorities in Support of Cross-Motion to Compel Testimony by Thomas C. Sorenson and for Production of Documents | |
| Affidavit | Affidavit of Alexander Freeman in Support of Combined (1) Opposition to Laramie Fealty's Motion to Reconsider the Court's Discovery Order of April 18, 2008, and (2) Cross-Motion to Compel Testimony by Thomas C. Sorenson and for Production of Documents | 0.4MB |
| Proposed Order | [PROPOSED] Ordr Denying Defendants' Motion to Reconsider April 18, 2008 Order and Granting Plaintiffs' Cross-Motion to Compel Testimony of Thomas C. Sorenson and Production of Documents<br>• Linked from (1) | 0.1MB |
| Exhibit | Exhibits 1-5 to Affidavit of Alexander Freeman in Support of Combined (1) Opposition to Laramie Fealty's Motion to Reconsider the Court's Discovery Order of April 18, 2008, and (2) Cross-Motion to Compel Testimony by Thomas C. Sorenson and for Production of Documents | 1.4MB |
| Exhibit | Exhibits 6-21 to Affidavit of Alexander Freeman in Support of Combined (1) Opposition to Laramie Fealty's Motion to Reconsider the Court's Discovery Order of April 18, 2008, and (2) Cross-Motion to Compel Testimony by Thomas C. Sorenson and for Production of Documents | 1.0MB |
| Exhibit | Exhibits 22-25 to Affidavit of Alexander Freeman in Support of Combined (1) Opposition to Laramie Fealty's Motion to Reconsider the Court's Discovery Order of April 18, 2008, and (2) Cross-Motion to Compel Testimony by Thomas C. Sorenson and for Production of Documents | 0.9MB |
| Exhibit | Exhibits 26-28 to Affidavit of Alexander Freeman in Support of Combined (1) Opposition to Laramie Fealty's Motion to Reconsider the Court's Discovery Order of April 18, 2008, and (2) Cross-Motion to Compel Testimony by Thomas C. Sorenson and for Production of Documents | 0.8MB |
| Exhibit | Exhibits 29-31 to Affidavit of Alexander Freeman in Support of Combined (1) Opposition to Laramie Fealty's Motion to Reconsider the Court's Discovery Order of April 18, 2008, and (2) Cross-Motion to | 0.6MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Compel Testimony by Thomas C. Sorenson and for Production of Documents | |
| | | | | | Proposed Order | [PROPOSED] Order Shortening Time for Hearing Date on Laramie Fealty LLC's Motion for Reconsideration of Court's Discovery Order of April 18, 2008 and Plaintiffs' Cross-Motion to Compel Testimony by Thomas C. Sorenson<br>• Linked from (1) | 0.1MB |
| | | | | | Affidavit | Affidavit of Rodney J. Jacob in Support of Motion to Shorten Time of Hearing Date on Laramie Fealty LLC's Motion for Reconsideration of Court's Discovery Order of April 18, 2008 and Plaintiffs' Cross-Motion to Compel Testimony by Thomas C. Sorenson | 0.2MB |
| 19698094 | 5/6/2008 3:37 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Notice | Notice of Lodgment of Transcript | 0.1MB |
| | | | | | Exhibit | Attachment to Notice -Vol I page 1-40 | 1.0MB |
| | | | | | Exhibit | Attachment to Notice -Vol I page 41-80 | 0.9MB |
| | | | | | Exhibit | Attachment to Notice -Vol I page 81-120 | 0.9MB |
| | | | | | Exhibit | Attachment to Notice -Vol I page 121-160 | 0.8MB |
| | | | | | Exhibit | Attachment to Notice -Vol I page 161-200 | 1.0MB |
| | | | | | Exhibit | Attachment to Notice -Vol I page 201-246 | 1.0MB |
| | | | | | Exhibit | Attachment to Notice -Vol II page 1-40 | 0.8MB |
| | | | | | Exhibit | Attachment to Notice -Vol II page 41-80 | 0.9MB |
| | | | | | Exhibit | Attachment to Notice -Vol II page 81-120 | 0.9MB |
| | | | | | Exhibit | Attachment to Notice -Vol II page 121-160 | 0.8MB |
| | | | | | Exhibit | Attachment to Notice -Vol II page 161-200 | 0.8MB |
| | | | | | Exhibit | Attachment to Notice -Vol II page 201-240 | 0.9MB |
| | | | | | Exhibit | Attachment to Notice -Vol II page 241-280 | 1.0MB |
| | | | | | Exhibit | Attachment to Notice -Vol I page 281-320 | 1.1MB |
| | | | | | Exhibit | Attachment to Notice -Vol II page 321-333 | 0.4MB |
| 19698136 | 5/6/2008 3:54 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Granted ([PROPOSED] Order Shortening Time for Hearing Date on Laramie Fealty LLC's Motion for Reconsideration of Court's Discovery Order of April 18, 2008 and Plaintiffs' Cross-Motion to Compel Testimony by Thomas C. Sorenson)<br>• Linked to (1) | 0.1MB |
| 19698189 | 5/6/2008 7:59 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T | Colin Murphy Thompson, Thompson, Colin M | Exhibit | Exhibit A & B | 0.6MB |
| | | | | | Notice | Notice of Motion and Motion by Defendant Trustee for the GET Realty Trust and KCT Irrevocable Trust's Motion for Protective Order | 0.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Realty Trust | | Motion | Memorandum in Support of Defendant Trustee for the GET Realty Trust and KCT Irrevocable Trust's Motion for Protective Order | 0.4MB |
| 19719302 | 5/7/2008 2:40 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Granted (UNITED MICRONESIA DEVELOPMENT ASSOCIATION, INC'S REQUEST TO ENLARGE TIME AND [PROPOSED] ORDER)<br>• Linked to (1) | 0.1MB |
| 19719318 | 5/7/2008 3:14 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Granted ([PROPOSED] Order Regarding Confidential Information and Production od Documents)<br>• Linked to (1) | 0.4MB |
| | | | | | Order | Granted ([PROPOSED] Ordr Denying Defendants' Motion to Reconsider April 18, 2008 Order and Granting Plaintiffs' Cross-Motion to Compel Testimony of Thomas C. Sorenson and Production of Documents)<br>• Linked to (1) | 0.2MB |
| 19740585 | 5/8/2008 11:32 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Certificate of Service | Certificate of Service | 0.1MB |
| | | | | | Certificate of Service | Certifcate of Service for D. Magofna | 0.1MB |
| 19741563 | 5/8/2008 6:33 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Daniel M Benjamin, Calvo & Clark LLP | Amended Notice | Amended Notice of Rule 30(b)(6) Notice of Deposition of KCT Irrevocable Trust | 0.1MB |
| | | | | | Amended Notice | Amended Notice of Rule 30(b)(6) Notice of Deposition of G.E.T. Realty Trust | 0.1MB |
| 19760877 | 5/9/2008 11:02 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Stephen J Nutting, Nutting, Stephen J- Saipan | Opposition | ROTHSCHILD TRUST (GUERNSEY) LIMITED, TRUSTEE FOR CONCORD TRUST AND DAVINA LIMITED OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF APRIL 23, 2008 ORDER FOLLOWING APRIL 8, 2008 HEARING AND CROSS-MOTION FOR PRELIMINARY INJUNCTION TO ENJOIN TRANSFER OF LAOLAO LCC MEMBERSHIPS | 0.1MB |
| | | | | | Declaration | DECLARATION IN SUPPORT OF ROTHSCHILD TRUST (GUERNSEY) LIMITED AND DAVINA LIMITED OPPOSITION TO MOTION TO RECONSIDER APRIL 23, 2008 ORDER FOLLOWING APRIL 8, 2008 HEARING AND CROSS MOTION FOR PRELIMINARY INJUNCTION | 0.1MB |
| | | | | | Proposed Order | (PROPOSED) ORDER GRANTING ROTHSCHILD TRUST (GUERNSEY) LIMITED, ROTHSCHILD TRUST (GUERNSEY) LIMITED AND DAVINA LIMITED MOTION FOR PRELIMINARY INJUNCTION TO TO ENJOIN TRANSFER OF LAOLAO LCC MEMBERSHIPS | 0.1MB |

| Transaction ID | Date/Time | Type | Case | Filer | Document Type | Description | Size |
|---|---|---|---|---|---|---|---|
| 19779324 | 5/12/2008 8:10 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Edward Camacho Arriola, Arriola, Edward C | Entry of Appearance | Entry of General appearance | 0.1MB |
| 19779396 | 5/12/2008 11:14 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Order Revoking Prior Orders | 0.1MB |
| 19779519 | 5/12/2008 4:27 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Order | Order | 0.1MB |
| 19779545 | 5/12/2008 9:45 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Opposition | Defendant Memorandum in Opposition to Plaintiffs' Motion to Reconsider the Court's April 4, 2008 Order Dismissing Thomas C. Sorenson (In his Individual Capacity), GET Realty Trust and KCT Irrevocable Trust. | 0.7MB |
| | | | | | Declaration | Declaration of Counsel iin Support of Defendant Memorandum in Opposition to Plaintiffs' Motion to Reconsider the Court's April 4, 2008 Order Dismissing Thomas C. Sorenson (In his Individual Capacity), GET Realty Trust and KCT Irrevocable Trust | 1.3MB |
| | | | | | Joinder | Joinder in Rothschild Trust Limited, Trustee for Concord Trust and Davina Limited's Opposition to Plaintiffs' Motion for Reconsideration of April 23, 2008 Order Following April 8, 2008 Hearing and Cross-Motion for Preliminary Injunction to Enjoin Transfer of LaoLao LLC Membership | 0.1MB |
| 19800183 | 5/13/2008 11:59 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Entry of Appearance | Entry of Appearance | 0.1MB |
| 19877789 | 5/19/2008 3:14 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Motion to Dismiss | Notice of Motion and Motion to Dismiss Laramie Fealty's "Counterclaims" | 0.1MB |
| 19877818 | 5/19/2008 8:42 PM GST | Serve Only - Public | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Daniel M Benjamin, Calvo & Clark LLP | Motion | Notice of Motion and Motion for Sanctions Against John Pierce and Colin Thompson Pursuant to Com. R. Civ. Proc. 11; Memorandum of Points and Authorities in Support of Thereof | 0.5MB |
| | | | | | Affidavit | Affidavit of Rodney J. Jacob in Support of Motion for Sanctions Against John Pierce | 0.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Exhibit | and Colin Thompson Pursuant to COM. R. CIV. P. 11<br>Exhibit 1 - 4 to the Affidavit of Rodney J. Jacob in Support of Motion for Sanctions Against John Pierce and Colin Thompson Pursuant to COM. R. CIV. P. 11 | 1.4MB |
| | | | | | Exhibit | Exhibits 5 - 13 to the Affidavit of Rodney J. Jacob in Support of Motion for Sanctions Against John Pierce and Colin Thompson Pursuant to COM. R. CIV. P. 11 | 0.9MB |
| | | | | | Exhibit | Exhibit 14 to the Affidavit of Rodney J. Jacob in Support of Motion for Sanctions Against John Pierce and Colin Thompson Pursuant to COM. R. CIV. P. 11 | 0.6MB |
| 19897854 | 5/20/2008 4:39 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Reply | Reply in Support of Plaintiffs' Motion to Reconsider the Court's April 23, 2008 Order Following April 8, 2008 Hearing | 0.1MB |
| | | | | | Declaration | Declaration of Robert O'Connor in Support of Plaintiffs' Reply to Motion to Reconsider the Court's April 23, Order | 0.1MB |
| | | | | | Exhibit | Exhibit to Declaration of Robert O'Connor | 0.1MB |
| 19897866 | 5/20/2008 7:17 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Daniel M Benjamin, Calvo & Clark LLP | Opposition | Opposition to the Motion for a Protective Order by the "Trustee" of GET Realty Trust and KCT Irrevocable Trust Appendix A (Proposed Order Adopting Judicial Counsel Standard) Appendix B (Proposed Confidentiality Agreement) Appendix C (Timeline of Meet and Confer Efforts) | 0.9MB |
| | | | | | Affidavit | Affidavit of Daniel M. Benjamin in Support of Plaintiffs' Opposition to the Motion for a Protective Order by the "Trustee" of GET Realty Trust and KCT Irrevocable Trust | 0.2MB |
| | | | | | Exhibit | Exhibits 1 – 7 to the Affidavit of Daniel M. Benjamin in Support of Plaintiffs' Opposition to the Motion for a Protective Order by the "Trustee" of GET Realty Trust and KCT Irrevocable Trust | 1.9MB |
| | | | | | Exhibit | Exhibits 8 – 12 to the Affidavit of Daniel M. Benjamin in Support of Plaintiffs' Opposition to the Motion for a Protective Order by the "Trustee" of GET Realty Trust and KCT Irrevocable Trust | 2.0MB |
| | | | | | Exhibit | Exhibits 13 – 23 to the Affidavit of Daniel M. Benjamin in Support of Plaintiffs' Opposition to the Motion for a Protective Order by the "Trustee" of GET Realty Trust and KCT Irrevocable Trust | 1.4MB |
| 19897872 | 5/20/2008 | File | 07-0152-CV | Perry Borja | Entry of | Notice of Appearance | 0.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 8:54 PM GST | And Serve | United Micronesia Development Association Inc vs G E T Realty Trust | Inos, Inos, Perry B-Saipan | Appearance | | |
| 19918941 | 5/21/2008 4:26 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Reply | Reply in Support of Plaintiffs' Motion to Reconsider the Court's April 4, 2008 Order Dismissing Sorenson (individual), GET Realty, and KCT Irrevocable Trust. | 0.1MB |
| | | | | | Declaration | Declaration of Robert J. O'Connor in Support of Reply | 0.1MB |
| | | | | | Exhibit | Exhibit 1 to Declaration of Robert J. O'Connor | 0.2MB |
| | | | | | Exhibit | Exhibit 2 to Declaration of Robert J. O'Connor | 0.4MB |
| 19938492 | 5/22/2008 5:14 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Stephen J Nutting, Nutting, Stephen J-Saipan | Reply | ROTHSCHILD TRUST (GUERNSEY) LIMITED, TRUSTEE FOR CONCORD TRUST AND DAVINA LIMITED REPLY IN SUPPORT OF CROSS-MOTION FOR PRELIMINARY INJUNCTION TO ENJOIN TRANSFER OF LAOLAO LCC MEMBERSHIPS | 0.1MB |
| 19956809 | 5/23/2008 12:12 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Opposition | Opposition to Rothschild Trust (Guernsey) Limited's and Davina's Cross Motion for Prelim Inj. to Enjoin Transfer of LaoLao LLC Memberships | 0.1MB |
| | | | | | Objection | Objection to Ms. Brown's Delcaration in Support of Rothschild Trust Guernsey Ltd. and Davina Ltd's Opposition to Motion to Reconsider April 23, 2008 Hearing and Cross Motion for Prelim Inj. | 0.1MB |
| ⊙ 19956891 | 5/23/2008 1:57 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Notice | Notice of Motion to Compel | 0.1MB |
| | | | | | Motion to Compel | Motion to Compel | 0.1MB |
| | | | | | Exhibit | Appendix to Motion to Compel | 0.1MB |
| | | | | | Declaration | Declaration of Robert J O'Connor | 0.1MB |
| | | | | | Exhibit | Exhibits 1-10 to O'Connor Declaration | 1.4MB |
| | | | | | Exhibit | Exhibits 11-20 to Declaration of Robert J. O'Connor | 2.4MB |
| | | | | | Exhibit | Exhibits 21-30 to O'Connor Declaration | 1.3MB |
| 19956902 | 5/23/2008 2:13 PM GST | Serve Only - Public | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Response | UMDA's Responses and Objections to Pfaff's First Request for Production of Documents | 0.2MB |
| 19956984 | 5/23/2008 3:10 PM GST | File Only | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Juan T Lizama, MP CNMI Superior Court | Case Assignment Order | assigned to Associate Judge Ramona V. Manglona | 0.1MB |
| 19975982 | 5/26/2008 11:15 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association | Daniel M Benjamin, Calvo & Clark LLP | Stipulation | Stipulation and [PROPOSED] Order Regarding May 27, 2008 Hearing<br>• Linked from (1) | 0.1MB |

| ID | Date/Time | Type | Case | Attorney | Doc Type | Description | Size |
|---|---|---|---|---|---|---|---|
| 19976443 | 5/27/2008 11:47 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Notice of Dismissal | Notice of Voluntary Dismissal of CounterClaims Against United Micronesia Development Association, Inc. Without Prejudice | 0.1MB |
| | | | | | Notice of Dismissal | Notice of Voluntary Dismissal of Third Party Complaint Without Prejudice | 0.1MB |
| 19976479 | 5/27/2008 1:01 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert C Naraja, MP CNMI Superior Court | Order | Granted (Stipulation and [PROPOSED] Order Regarding May 27, 2008 Hearing)<br>• Linked to (1) | 0.1MB |
| 19976563 | 5/27/2008 4:20 PM GST | Serve Only - Public | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Response | Plaintiff UMDA's Response to Defendant Trustee for the GET Realty Trust's First Request for Production of Documents | 0.1MB |
| | | | | | Response | Plaintiff UMDA's Response to Defendant Trustee For KCT Irrevocable Trust's First Request for Production of Documents | 0.1MB |
| 19976566 | 5/27/2008 4:45 PM GST | Serve Only - Public | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Interrogatories | Defendant Robert Pfaff's First Set of Interrogatories to United Micronesia Development Association, Inc. | 0.1MB |
| 20035041 | 5/30/2008 2:55 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Notice | Notice of Motion and Defendant Trustee's Motion for Protective Order | 0.1MB |
| | | | | | Memorandum | Memorandum in Support of Motion for Protective Order | 0.2MB |
| 20035070 | 5/30/2008 4:37 PM GST | Serve Only - Public | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Response | Plaintiff UMDA's Response To Defendant Pfaff's Second Request For Production Of Documents | 0.1MB |
| 20035099 | 5/30/2008 9:54 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Motion to Compel | Notice of Motion and Motion to Compel | 0.1MB |
| | | | | | Memorandum | Memorandum in Support of Motion to Compel | 0.1MB |
| | | | | | Exhibit | Appendix to Memo | 0.1MB |
| | | | | | Affidavit | Affidavit of Alex Freeman | 1.2MB |
| | | | | | Affidavit | Affidavit of Dan Benjamin | 0.1MB |
| | | | | | Exhibit | Exhibits 1-3 to Affidavit of D. Benjamin | 13.3MB |
| | | | | | Exhibit | Exhibit 4 to Affidavit of D. Benjamin | 10.4MB |
| | | | | | Exhibit | Exhibits 5-8 of Affidavit of D. Benjamin | 5.4MB |
| | | | | | Exhibit | Exhibits 9-18 of Affidavit of D. Benjamin | 11.4MB |
| 20054630 | 6/2/2008 12:12 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Declaration | Declaration of John P. Pierce in Support of Motion for Protective Order | 0.2MB |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20074917 | 6/3/2008 5:07 PM GST | Serve Only - Private | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Request for Production | Defendant Trustee for GET Realty Trust's First Request for Production of Documents to Plaintiff UMDA, Inc. | 0.6MB |
| 20094436 | 6/4/2008 2:14 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Stephen J Nutting, Nutting, Stephen J- Saipan | Reply | ROTHSCHILD TRUST (GUERNSEY) LIMITED, TRUSTEE FOR CONCORD TRUST AND DAVINA LIMITED SUPPLEMENTAL REPLY TO PLAINTIFFS' OPPOSITION TO CROSS-MOTION FOR PRELIMINARY INJUNCTION TO ENJOIN TRANSFER OF LAOLAO LCC MEMBERSHIPS DECLARATION OF MYRNA M. SANTOS IN SUPPORT OF SUPPLEMENTAL REPLY MEMORANDUM TO PLAINTIFFS' OPPOSITION TO CROSS-MOTION FOR PRELIMINARY INJUNCTION TO ENJOIN TRANSFER OF LAOLAO LCC MEMBERSHIPS EXHIBITS A-D | 0.3MB |
| 20191702 | 6/11/2008 1:54 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Stephen J Nutting, Nutting, Stephen J- Saipan | Opposition | Memorandum in Opposition to Motion to Compel Discovery and Declaration of Stephen J. Nutting | 0.6MB |
| 20191724 | 6/11/2008 2:18 PM GST | Serve Only - Public | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Rodney J Jacob, Calvo & Clark LLP | Notice | Notice of Motion and Motion for Sanctions Against John Pierce and Colin Thompson Pursuant to Com. R. Civ. P. 11; Memorandum of Points and Authorities in Support of Thereof | 0.5MB |
| | | | | | Affidavit | Affidavit of Rodney J. Jacob in Support of Motion for Sanctions Against John Pierce and Colin Thompson Pursuant to Com. R. Civ. P. 11 | 0.1MB |
| | | | | | Exhibit | Exhibits 1-4 to Affidavit of Rodney J. Jacob in Support of Motion for Sanctions Against John Pierce and Colin Thompson Pursuant to Com. R. Civ. P. 11 | 0.6MB |
| | | | | | Exhibit | Exhibits 5-12 to Affidavit of Rodney J. Jacob in Support of Motion for Sanctions Against John Pierce and Colin Thompson Pursuant to Com. R. Civ. P. 11 | 0.4MB |
| 20231331 | 6/13/2008 4:45 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes- Saipan | Opposition | Plaintiffs' Opposition to Motion for Protective Order by Defendant Trustee for GET and KCT | 0.1MB |
| | | | | | Declaration | Declaration of David G. Banes in Support of Plaintiffs' Opposition to Motion for Protective Order by Defendant Trustee for GET and KCT | 0.1MB |
| | | | | | Exhibit | Exhibit 1 to Declaration of David G. Banes in Support of Plaintiffs' Opposition to Motion for Protective Order by Defendant Trustee for GET | 0.3MB |

| | | |
|---|---|---|
| Exhibit | Exhibit 2 to Declaration of David G. Banes in Support of Plaintiffs' Opposition to Motion for Protective Order by Defendant Trustee for GET and KCT | 0.4MB |
| Exhibit | Exhibit 3 to Declaration of David G. Banes in Support of Plaintiffs' Opposition to Motion for Protective Order by Defendant Trustee for GET and KCT | 0.2MB |
| Exhibit | Exhibit 4 to Declaration of David G. Banes in Support of Plaintiffs' Opposition to Motion for Protective Order by Defendant Trustee for GET and KCT | 0.6MB |
| Exhibit | Exhibit 5 to Declaration of David G. Banes in Support of Plaintiffs' Opposition to Motion for Protective Order by Defendant Trustee for GET and KCT | 0.5MB |
| Exhibit | Exhibit 6 to Declaration of David G. Banes in Support of Plaintiffs' Opposition to Motion for Protective Order by Defendant Trustee for GET and KCT | 0.3MB |
| Exhibit | Exhibit 7 to Declaration of David G. Banes in Support of Plaintiffs' Opposition to Motion for Protective Order by Defendant Trustee for GET and KCT | 0.1MB |
| Exhibit | Exhibit 8 to Declaration of David G. Banes in Support of Plaintiffs' Opposition to Motion for Protective Order by Defendant Trustee for GET and KCT | 0.7MB |
| Exhibit | Exhibit 9 to Declaration of David G. Banes in Support of Plaintiffs' Opposition to Motion for Protective Order by Defendant Trustee for GET and KCT | 0.1MB |
| Exhibit | Exhibit 10 to Declaration of David G. Banes in Support of Plaintiffs' Opposition to Motion for Protective Order by Defendant Trustee for GET and KCT | 0.3MB |
| Exhibit | Exhibit 11 to Declaration of David G. Banes in Support of Plaintiffs' Opposition to Motion for Protective Order by Defendant Trustee for GET and KCT | 0.2MB |
| Exhibit | Exhibit 12 to Declaration of David G. Banes in Support of Plaintiffs' Opposition to Motion for Protective Order by Defendant Trustee for GET and KCT | 0.2MB |
| Exhibit | Exhibit 13 to Declaration of David G. Banes in Support of Plaintiffs' Opposition to Motion for Protective Order by | 0.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Exhibit | Defendant Trustee for GET and KCT Exhibit 14 to Declaration of David G. Banes in Support of Plaintiffs' Opposition to Motion for Protective Order by Defendant Trustee for GET and KCT | 1.7MB |
| 20231378 | 6/13/2008 8:07 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Opposition | Opposition to Plaintiffs' Motion to Compel Discovery from GET Realty Trust, KCT Irrevocable Trust, Thomas Sorenson | 0.5MB |
| | | | | | Declaration | Declaration of Colin M. Thompson in Support of Opposition to Plaintiffs' Motion to Compel Discovery from GET Realty Trust, KCT Irrevocable Trust, Thomas Sorenson | 0.1MB |
| | | | | | Exhibit | Exh A-G of Declaration of Colin M. Thompson in Support of Opposition to Plaintiffs' Motion to Compel Discovery from GET Realty Trust, KCT Irrevocable Trust, Thomas Sorenson | 0.7MB |
| 20270620 | 6/17/2008 10:39 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Memorandum | Robert Pfaff's Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion (1)to Compel Documents Relating to Pfaff's Entities (2) to Compel Answers to Deposition Questions, and (3) to Prohibit Pfaff from Obtaining Discovery from Plaintiffs | 1.0MB |
| | | | | | Declaration | Declaration of Mark A. Borenstein | 0.1MB |
| | | | | | Exhibit | Exhibit A to Mark Borenstein's Declaration | 1.0MB |
| | | | | | Exhibit | Exhibit B to D to Mark Borenstein's Declaration | 0.6MB |
| | | | | | Exhibit | Exhibit E to Mark Borenstein's Declaration | 1.0MB |
| | | | | | Exhibit | Exhibit F to G to Mark Borenstein's Declaration | 0.3MB |
| 20271229 | 6/17/2008 3:38 PM GST | Serve Only - Public | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Daniel M Benjamin, Calvo & Clark LLP | Notice | Notice of Motion and Motion for Sanctions Against Stephen Nutting and Pamela Brown Pursuant to Com. R. Civ. P. 11; Memorandum of Points and Authorities in Support of Thereof | 0.5MB |
| | | | | | Affidavit | Affidavit of Daniel M. Benjamin In Support of Motion for Sanctions Against Stephen Nutting and Pamela Brown Pursuant to Com. R. Civ. P. 11 | 0.7MB |
| 20293285 | 6/18/2008 6:09 PM GST | Serve Only - Public | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Interrogatories | Defendant's Interrogatories | 0.2MB |
| 20293286 | 6/18/2008 6:12 PM GST | Serve Only - Public | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Request for Production | Defendant Trustee for KCT Irrevocable Trust's Second Request for Production of Documents to Plaintiff United Micronesia Development Association, Inc. | 0.7MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20293287 | 6/18/2008 6:21 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Declaration | Declaration of Mark A. Borenstein | 0.1MB |
| | | | | | Exhibit | Exhibit A to Borenstein's Declaration | 1.0MB |
| | | | | | Exhibit | Exhibit B-D to Borenstein's Declaration | 0.6MB |
| | | | | | Exhibit | Exhibit E to Borenstein's Declaration | 1.0MB |
| | | | | | Exhibit | Exhibit F-G to Borenstein's Declaration | 0.3MB |
| | | | | | Exhibit | Exhibit H-I to Borenstein's Declaration | 1.1MB |
| 20313595 | 6/19/2008 8:10 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Edward Camacho Arriola, Arriola, Edward C | Entry of Appearance | Entry of Appearance for Edward C. Arriola | 0.1MB |
| 20349369 | 6/21/2008 8:50 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Rodney J Jacob, Calvo & Clark LLP | Motion | NOTICE OF MOTION AND MOTION TO SHORTEN TIME ON THE HEARING OF PENDING MOTIONS TO COMPEL, OR IN THE ALTERNATIVE FOR PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF | 0.1MB |
| | | | | | Proposed Order | [PROPOSED] ORDER SHORTENING TIME ON THE HEARING OF PENDING MOTIONS TO COMPEL | 0.1MB |
| | | | | | Affidavit | AFFIDAVIT OF DANIEL M. BENJAMIN IN SUPPORT OF MOTION TO SHORTEN TIME ON THE HEARING OF PENDING MOTIONS TO COMPEL, OR IN THE ALTERNATIVE FOR PROTECTIVE ORDER | 0.1MB |
| | | | | | Exhibit | EXHIBIT A TO AFFIDAVIT OF DANIEL M. BENJAMIN IN SUPPORT OF MOTION TO SHORTEN TIME ON THE HEARING OF PENDING MOTIONS TO COMPEL, OR IN THE ALTERNATIVE FOR PROTECTIVE ORDER | 1.7MB |
| | | | | | Exhibit | EXHIBITS B-H TO AFFIDAVIT OF DANIEL M. BENJAMIN IN SUPPORT OF MOTION TO SHORTEN TIME ON THE HEARING OF PENDING MOTIONS TO COMPEL, OR IN THE ALTERNATIVE FOR PROTECTIVE ORDER | 1.0MB |
| 20352040 | 6/23/2008 3:25 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Reply | Reply Memorandum in Support of Defendants' Motion for Protective Order | 0.4MB |
| 20371146 | 6/24/2008 3:40 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes- Saipan | Motion for Sanctions | Notice of Motion, Motion and Supporting Memo for Sanctions against John Pierce and Colin Thompson Pursuant to Com. R. Civ. P. 11 | 0.1MB |
| | | | | | Affidavit | Affidavit of D. Benjamin Regarding Compliance with | 0.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | the Safe Harbor Provisions or Rule 11 | |
| | | | | | Exhibit | Exhibit 1 to Affidavit of D. Benjamin | 0.1MB |
| | | | | | Exhibit | Exhibit 2 to Affidavit of D. Benjamin | 0.1MB |
| | | | | | Affidavit | Affidavit of R. Jacob in Support of Motion for Sanctions | 0.1MB |
| | | | | | Exhibit | Exhibits 1-4 to Affidavit of R. Jacobs | 0.6MB |
| | | | | | Exhibit | Exhibits 5-12 to Affidavit of R. Jacobs | 0.4MB |
| 20371206 | 6/24/2008 4:57 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Reply | Reply in Support of Motion to Compel | 0.1MB |
| | | | | | Exhibit | Attachment A to Reply in Support of Motion to Compel | 0.6MB |
| | | | | | Exhibit | Attachment B to Reply in Support of Motion to Compel | 0.2MB |
| 20391725 | 6/25/2008 6:14 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Motion | Notice of Motion and Motion for an Order of Dismissal or Lesser Sanction Under Com.Civ.P. 41 (B); Memorandum of Points and Authorities in Support | 0.3MB |
| | | | | | Declaration | Declaration Mark Borenstein in Support of Motion for an Order of Dismissal or Lesser Sanction Under Com. R. Civ. P. 41(B) | 2.3MB |
| 20391727 | 6/25/2008 6:21 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Motion | Notice of Motion and Motion to Compel Responses to Robert Pfaff's Documents Request Pursuant to Com.R.Civ. P.37; Memorandum of Points and Authorities in Support | 0.5MB |
| | | | | | Declaration | Declaration of Mark Borenstein in Support of Motion to Compel Resposses to Robert Pfaff's Documents Requests Pursuant to Com.R.Civ.P.37 | 2.8MB |
| 20409987 | 6/26/2008 4:08 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Reply | Plaintiffs' Reply In Support Of Motion (1) To Compel Documents Relating To Pfaff's Entities, (2) To Compel Answers To Deposition Questions, And (3) To Prohibit Pfaff From Obtaining Discovery From Plaintiffs | 0.1MB |
| 20441082 | 6/28/2008 7:25 AM GST | Serve Only - Public | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Rodney J Jacob, Calvo & Clark LLP | Response | UMDA Response to Robert Pfaff's 1st Set of Interrogatories | 0.1MB |
| 20444621 | 6/28/2008 2:55 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Motion | Notice of Motion and Motion for an Order Shortening Time Under Com.R.Civ.P. 6(C) | 0.2MB |
| | | | | | Declaration | Declaration of Colin M. Thompson in Support of Motion for An Order Shortening Time Under Com.R.Civ.P.6(C) | 0.1MB |
| | | | | | Declaration | Declaration of Mark A Borenstein in Support of Motion for an Order Shortening Time Under Com.R.Civ.P.6(C) | 0.1MB |

| ID | Date/Time | Action | Case | Filer | Type | Description | Size |
|---|---|---|---|---|---|---|---|
| | | | | | Proposed Order | [Proposed] Order Granting Motion fo an Order Shortening Time Under Com.R.Civ. P.(C) | 0.1MB |
| 20444640 | 6/28/2008 3:31 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Motion | Memorandum in Support of Motion for Relief from Entry of Default | 0.3MB |
| | | | | | Notice | Notice of Motion and Motion for Relief from Entry of Default | 0.1MB |
| | | | | | Declaration | Declaration of Colin M. Thompson in Support of Motion for Relief from Entry of Default | 0.2MB |
| 20444646 | 6/28/2008 3:53 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Motion for Order | Memorandum in Suport of Motion for Order Sealing Confidential Documents Pending Resolution of Motions for Protective Order | 0.2MB |
| | | | | | Notice | Notice of Motion and Motion for Order Sealing Confidential Documents Pending Resolution of Motions for Protective Order | 0.1MB |
| 20445957 | 6/30/2008 2:35 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Motion for Sanctions | Notice of Motion and Motion for Sanctions | 0.1MB |
| | | | | | Declaration | Declaration of D. Benjamin in Support of Motion for Sanctions | 0.7MB |
| | | | | | Declaration | Declaration of D. Benjamin of Compliance with Rule 11 Safe Harbor | 0.1MB |
| 20464332 | 7/1/2008 1:28 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Stephen J Nutting, Nutting, Stephen J-Saipan | Joinder | Joinder in Pfaff Motion for an Order of Dismissal or Lesser Sanction Under Com. R. Civ. P. 41(b) | 0.1MB |
| 20464462 | 7/1/2008 4:39 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Opposition | Plaintiffs' Opposition to Pfaff's Motion to Shorten Time on His Motion for "Dismissal or a Lesser Sanction" | 0.1MB |
| 20520745 | 7/4/2008 12:43 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Motion | Defendant Robert Pfaff's Response to UMDA's Motion for Expedited Hearing | 0.2MB |
| | | | | | Declaration | Declaration of Mark Borenstein in Support of Defendant Pfaff's Response to UMDA's Motion for Expedited Hearing | 0.3MB |
| 20521921 | 7/7/2008 3:13 PM GST | Serve Only - Public | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Rodney J Jacob, Calvo & Clark LLP | Response | Plaintiff UMDA's Response to Defendant Trustee for GET Realty Trust's June 3, 2008 "First" Request for Production of Documents | 2.7MB |
| 20541604 | 7/8/2008 5:32 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Stephen J Nutting, Nutting, Stephen J-Saipan | Request | REQUEST AND ORDER TO VACATE ALL HEARING DATES AND FOR STATUS CONFERENCE | 0.1MB |
| | | | | | Declaration | DECLARATION OF MYRNA M. SANTOS IN SUPPORT OF REQUEST AND ORDER TO VACATE ALL HEARING DATES AND FOR A STATUS CONFERENCE | 0.1MB |
| 20561803 | 7/9/2008 8:21 PM GST | File And Serve | 07-0152-CV United Micronesia | Colin Murphy Thompson, | Opposition | Opposition to Motion for Sanctions Against John Pierce and Colin M. Thompson | 0.8MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Development Association Inc vs G E T Realty Trust | Thompson, Colin M | Declaration | Pursuant to Com. R. Civ. P. 11 Declaration of Colin M. Thompson in Support of Opposition to Motion for Sanctions Against John P. Pierce and Colin M. Thompson | 0.2MB |
| | | | | | Exhibit | Exhibit 1-6 for CMT Declaration in Support of Opposition to Motion for Sanctions Against Pierce & Thompson | 0.1MB |
| | | | | | Exhibit | Exhibit 7-15 for CMT Declaration in Support of Opposition to Motion for Sanctions Against Pierce & Thompson | 1.2MB |
| | | | | | Exhibit | Exhibit 16 for CMT Declaration in Support of Opposition to Motion for Sanctions Against Pierce & Thompson | 0.7MB |
| | | | | | Exhibit | Exhibit 17-20 for CMT Declaration in Support of Opposition to Motion for Sanctions Against Pierce & Thompson | 0.7MB |
| | | | | | Exhibit | Exhibit 21 for CMT Declaration in Support of Opposition to Motion for Sanctions Against Pierce & Thompson | 0.6MB |
| | | | | | Exhibit | Exhibit 22 for CMT Declaration in Support of Opposition to Motion for Sanctions Against Pierce & Thompson | 0.9MB |
| | | | | | Exhibit | Exhibit 23 for CMT Declaration in Support of Opposition to Motion for Sanctions Against Pierce & Thompson | 1.9MB |
| | | | | | Exhibit | Exhibit 24 for CMT Declaration in Support of Opposition to Motion for Sanctions Against Pierce & Thompson | 0.8MB |
| | | | | | Exhibit | Exhibit 25 for CMT Declaration in Support of Opposition to Motion for Sanctions Against Pierce & Thompson | 2.6MB |
| | | | | | Exhibit | Exhibit 26 for CMT Declaration in Support of Opposition to Motion for Sanctions Against Pierce & Thompson | 0.4MB |
| | | | | | Exhibit | Exhibit 27-28 for CMT Declaration in Support of Opposition to Motion for Sanctions Against Pierce & Thompson | 0.3MB |
| 20580721 | 7/10/2008 4:35 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Opposition | Plaintiff's Opposition To Pfaff's Motion To Compel Responses To Document Requests | 0.1MB |
| | | | | | Opposition | Opposition To Motion For An Order Of Dismissal Or Lesser Sanction Under Com. R. Civ. P. 41(b) | 0.1MB |
| | | | | | Exhibit | Attachment to Opposition to Motion for An Order of Dismissal or Lesser Sanction Under Com. R. Civ. P. 41(b) | 1.8MB |
| 20599083 | 7/11/2008 4:15 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association | Stephen J Nutting, Nutting, Stephen J-Saipan | Opposition | Memorandum in Opposition to Motion for Sanctions | 0.5MB |
| | | | | | Declaration | Declaration of Stephen J. Nutting | 0.2MB |

| ID | Date/Time | Action | Case | Party | Type | Description | Size |
|---|---|---|---|---|---|---|---|
| 20599094 | 7/11/2008 5:00 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Stephen J Nutting, Nutting, Stephen J- Saipan | Opposition | Memorandum in Opposition to Motion for Sanctions | 0.5MB |
| | | | | | Declaration | Declaration of Stephen J. Nutting | 0.2MB |
| 20618987 | 7/14/2008 2:54 PM GST | Serve Only - Public | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Notice of Deposition | Notice of Deposition of Dominick Degiorgio | 0.1MB |
| 20638204 | 7/15/2008 9:43 AM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Kenneth L Govendo, MP CNMI Superior Court | Order | Order setting date to hear motions | 0.1MB |
| 20638788 | 7/15/2008 3:22 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes- Saipan | Opposition | Plaintiffs' (1) Provisional Opposition To Motion For Order Sealing "Confidential" Documents By GET Realty Trust And WS Investment Trust; and (2) Objection To Submission Of Documents Ex Parte To The Court | 0.1MB |
| | | | | | Declaration | Declaration of David G. Banes in Support of Opposition to Motion to File Documents Under Seal | 0.1MB |
| | | | | | Exhibit | Exhibits to Banes Declaration in Support of Opposition to Motion to File Documents Under Seal | 0.7MB |
| | | | | | Opposition | Opposition To Motion For Relief From Default | 0.1MB |
| | | | | | Declaration | Declaration of David G. Banes in Support of Opposition to Motion for Relief from Default (with Exhibit) | 0.1MB |
| 20678579 | 7/17/2008 9:17 AM GST | Serve Only - Public | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Notice of Deposition | Notice of Continuance of Deposition of Dominick Degiorgio | 0.1MB |
| 20699384 | 7/18/2008 12:59 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Reply | Reply Memorandum in Support of: [1] Motion for An Order of Dismissal or Lesser Sanction Under Com.R.Civ.P.41(B) and [2] Ex Parte Application For An Order Shortening Time Under Com.R.Civ.P.6(c) | 0.4MB |
| 20699502 | 7/18/2008 4:38 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes- Saipan | Reply | Reply In Support Of UMDA's Motion For Sanctions Against John P. Pierce And Colin M. Thompson Pusuant To Com. R. Civ. P. 11 | 0.1MB |
| | | | | | Exhibit | Attachment to Reply | 0.1MB |
| 20699501 | 7/18/2008 4:39 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, | Reply | Robert Pfaff's Reply Memorandum in Support of Motion to Compel | 0.7MB |
| | | | | | Declaration | Mark Borenstein's Declaration | 1.6MB |

| | | | | Colin M | | in Support of Robert Pfaff's Reply Memorandum in Support of Motion to Compel | |
|---|---|---|---|---|---|---|---|
| | | | Association Inc vs G E T Realty Trust | | | | |
| 20717938 | 7/21/2008 6:16 PM GST | Serve Only - Public | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Response | Plaintiff UMDA's Response To Defendant Trustee For KCT Irrevocable Trust's June 18, 2008 Second Request For Production Of Documents | 0.2MB |
| | | | | | Response | Plaintiff UMDA's Resonse To The Defendant Trustee For The GET Realty Trust's Interrogatories | 0.2MB |
| 20737244 | 7/22/2008 4:58 PM GST | Serve Only - Public | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Robert J O'Connor, O'Connor Berman Dotts & Banes-Saipan | Joinder | Plaintiff UMDA LaoLao LLC's Objections And Response To The Defendant Trustee For The GET Realty Trust's Interrogatories | 0.1MB |
| 20871087 | 7/31/2008 2:33 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Reply | Reply Memorandum in Support of Motion for Relief From Enty of Default | 0.3MB |
| | | | | | Declaration | Declaration of Colin M. Thompson in Support of Reply Memorandum in Support of Motion For Relief From Enty of Default | 0.2MB |
| | | | | | Reply | Reply in Support of Motion for Order Sealing Confidential Documents Pending Resolution of Motions for Protective Order | 0.2MB |
| 21028002 | 8/12/2008 6:07 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Colin Murphy Thompson, Thompson, Colin M | Notice of Deposition | Notice of Continuance of Deposition of Dominique Degiorgio | 0.1MB |
| 21046931 | 8/13/2008 1:21 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Loren Alison Sutton, Sutton, Loren A-Saipan | Request for Production | Request for Production | 0.1MB |
| 21065981 | 8/14/2008 12:08 PM GST | File And Serve | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Kenneth L Govendo, MP CNMI Superior Court | Order | Order of Recusal | 0.1MB |
| 21122888 | 8/18/2008 1:39 PM GST | File Only | 07-0152-CV United Micronesia Development Association Inc vs G E T Realty Trust | Kenneth L Govendo, MP CNMI Superior Court | Order | Order of Self Recusal | 0.1MB |

1-357 of 357 transactions   «<Prev Page 1 of 1 Next>»