# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-08-0028                                                                          August 28, 2008
                                                                                     8:00 a.m.


**LARAMIE FEALTY, LLC -v- UNITED STATED DEV. ASSOCIATION, INC**

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Abigail Robinson, Law Clerk
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Colin Thompson, Attorney for Plaintiff
                Gilbert Birnbrich, Attorney for Plaintiff
                Robert O'Connor, Attorney for Defendants


PROCEEDINGS:    MOTION TO DISMISS or in the Alternative TO STAY

   Plaintiff was represented in court by Attorneys Colin Thompson and Gilbert B.. Defendants' were represented by Attorney Robert O'Connor.

   Attorney O'Connor argued the motion. Attorney Thompson argued on behalf of the Plaintiff.

   Court, after hearing all argument, DENIED the motion to Dismiss and GRANTED the motion to stay. Further, a written order will follow.


                                                        Adjourned 8:25 a.m.


                                                        /s/ K. Lynn Lemieux, Courtroom Deputy